**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:21-cv-80826-RKA Altman/Reinhart**

| | |
|---|---|
| JOHN SKRANDEL, individually and on behalf of all others similarly situated, | <u>CLASS ACTION</u> |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| vs. | |
| COSTCO WHOLSESALE CORPORATION, | |
| Defendant. | |

## DEFENDANT COSTCO WHOLESALE CORPORATION'S ANSWER AND <u>AFFIRMATIVE DEFENSES TO PLAINTIFF'S CLASS ACTION COMPLAINT</u>

Defendant Costco Wholesale Corporation hereby answers Plaintiff John Skrandel's Class Action Complaint.  Any and all allegations not specifically admitted herein are specifically denied.  To the extent the Complaint asserts conclusions of law, such conclusions of law require no response.  To the extent any response is required to headings or other unnumbered paragraphs in the Complaint, Costco denies the factual allegations, if any, contained in such unnumbered paragraphs.

## <u>NATURE OF THE ACTION</u>

1.    Responding to paragraph 1 of the Complaint, Costco states that, to the extent paragraph 1 references or purports to summarize or describe the labeling of automotive or recreational Interstate Batteries sold at Costco with the words "free replacement" on their label ("Interstate Batteries"), the labeling speaks for itself, and Costco denies any characterization of the labeling that is inconsistent with its content.  Costco admits that it previously sold Interstate Batteries with varying warranty periods, and that consistent with its warranty and return policies

- 1 -

and procedures, if a consumer returned a defective Interstate Battery during the applicable warranty period, the consumer would receive a free replacement battery at no additional cost. Except as otherwise admitted, Costco denies the allegations in paragraph 1.

2.      Responding to paragraph 2 of the Complaint, Costco states that it lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding what consumers understand "Free Replacement" to mean, and, on that basis, denies them. Costco further states that consistent with its warranty and return procedures, consumers can return defective Interstate Batteries within the applicable warranty period and receive a replacement at no additional cost.  Except as otherwise stated, Costco denies the allegations in paragraph 2.

3.      Costco denies the allegations in paragraph 3 of the Complaint.

4.      Responding to paragraph 4 of the Complaint, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding what Plaintiff or a reasonable consumer would expect and, on that basis, denies them.  Costco denies the remaining allegations in paragraph 4.

5.      Costco denies the allegations in paragraph 5 of the Complaint.

6.      Responding to paragraph 6 of the Complaint, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding what Plaintiff reasonably expected and, on that basis, denies them.  Costco admits that its records show Plaintiff purchased an Interstate Battery with a 36-month warranty period and an error led to Plaintiff paying $2.00 for his replacement battery.  Costco further states that consistent with its warranty and return policies and procedures, consumers can return defective Interstate Batteries

within the applicable warranty period and receive a replacement at no additional cost.  Except as otherwise admitted, Costco denies the allegations in paragraph 6.

7.      Costco denies the allegations in paragraph 7 of the Complaint.

8.      Responding to paragraph 8 of the Complaint, Costco admits that Plaintiff purports to represent, pursuant to Federal Rule of Civil Procedure 23, a proposed class as stated on behalf of himself and others allegedly similarly situated.  Costco denies that class treatment is appropriate.  Except as otherwise admitted, Costco denies the allegations in paragraph 8.

## JURISDICTION AND VENUE

9.      Responding to paragraph 9 of the Complaint, Costco admits that this Court has jurisdiction pursuant to 28 U.S.C. §1332(d) and that Plaintiff purports to summarize, interpret, or state the contents of this statute.  Costco denies any characterization of this statute that is inconsistent with its content.  Costco denies that class treatment is appropriate or warranted. Except as otherwise admitted, Costco denies the allegations in paragraph 9.

10.      Responding to paragraph 10 of the Complaint, Costco admits that jurisdiction is proper in this Court as to Plaintiff's claims because certain aspects of Plaintiff's claims arise in this District.  Costco admits that it does business in this District, but denies that this Court has general jurisdiction over Costco, and further denies that jurisdiction is proper in this Court as to the claims of non-Florida putative class members.  Costco states that, insofar as the allegations in paragraph 10 state conclusions of law, no response is required.  Except as otherwise admitted, Costco denies the allegations in paragraph 10.

11.      Responding to paragraph 11 of the Complaint, Costco admits that venue is proper in this Court as to Plaintiff's claims because certain aspects of Plaintiff's claims arise in this District.  Costco admits that it does business in this District, but denies that this Court has

general jurisdiction over Costco, and further denies that jurisdiction is proper in this Court as to the claims of non-Florida putative class members.  Costco states that, insofar as the allegations in paragraph 11 state conclusions of law, no response is required.  Except as otherwise admitted, Costco denies the allegations in paragraph 11.

## PARTIES

12.     Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint, and on that basis, denies them.

13.     Responding to paragraph 13 of the Complaint, Costco admits that it is an American multinational corporation organized and existing under the laws of the State of Washington with its principal place of business in Issaquah, Washington.  Costco further admits that it had net sales over $163.2 billion in 2020 and operates 559 warehouses throughout the United States and Puerto Rico, including 28 in the state of Florida.  Costco admits that it sells and warrants Interstate Batteries.  Except as otherwise admitted, Costco denies the allegations in paragraph 13.

## FACTUAL ALLEGATIONS

I.     **The Federal Trade Commission's Guidance on the Use of the Word "Free"**

14.     Responding to paragraph 14 of the Complaint, Costco states that, to the extent paragraph 14 references, quotes, or purports to summarize certain information from the Federal Trade Commission ("FTC"), the information speaks for itself, and Costco denies any inconsistent characterization of that information.  Except as otherwise stated, Costco denies the allegations in paragraph 14.

15.     Responding to paragraph 15 of the Complaint, Costco states that, to the extent paragraph 15 references, quotes, or purports to summarize certain information from the FTC, the information speaks for itself, and Costco denies any inconsistent characterization of that

sf-4516290

information or the date it was published.  Except as otherwise stated, Costco denies the allegations in paragraph 15.

16.     Responding to paragraph 16 of the Complaint, Costco states that, insofar as the allegations in paragraph 16 state conclusions of law, no response thereto is required.  Except as otherwise stated, Costco denies the allegations in paragraph 16.

17.     Responding to paragraph 17 of the Complaint, Costco states that, to the extent paragraph 17 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Costco denies any characterization of the statute that is inconsistent with its content.  Costco further states that insofar as allegations in paragraph 17 state conclusions of law, no response thereto is required.  Except as otherwise stated, Costco denies the allegations in paragraph 17.

## II.    Costco's Deceptive Free Replacement Scheme to Bilk Consumers

18.     Costco admits the allegations in paragraph 18 of the Complaint.

19.     Costco admits the allegations in paragraph 19 of the Complaint.

20.     Responding to paragraph 20 of the Complaint, Costco admits that in or around 2014, Costco replaced Kirkland-branded car batteries with Interstate Batteries and began selling Interstate Batteries exclusively.  Costco denies that it has sold more than one million Interstate Batteries per year throughout the United States.  Except as otherwise admitted, Costco denies the allegations in paragraph 20.

21.     Responding to paragraph 21 of the Complaint, Costco states that, to the extent paragraph 21 references or purports to summarize or describe the labeling or shelf tag for Interstate Batteries, the labeling and shelf tag speak for themselves, and Costco denies any characterization of the labeling and shelf tag that is inconsistent with their content.  Costco

- 5 -

admits that until in or around October 2019, the labels for the Interstate Batteries Costco sold contained the words "Free Replacement."  Except as otherwise stated, Costco denies the allegations in paragraph 21.

22.     Costco denies the allegations in paragraph 22 of the Complaint.

23.     Responding to paragraph 23 of the Complaint, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding what a reasonable consumer would expect and, on that basis, denies them. Costco further states that insofar as allegations in paragraph 23 state conclusions of law, no response thereto is required. Except as otherwise stated, Costco denies the allegations in paragraph 23.

24.     Responding to paragraph 24 of the Complaint, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding what a reasonable consumer would expect and, on that basis, denies them.  Costco denies the remaining allegations in paragraph 24 of the Complaint.

25.     Responding to paragraph 25 of the Complaint, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding what a reasonable consumer is aware of and, on that basis, denies them.  Costco admits that its records show that an error led to Plaintiff paying $2.00 for his replacement battery.  Costco further states that consistent with its warranty and return procedures, consumers can return defective Interstate Batteries within the applicable warranty period and receive a replacement at no additional cost. Except as otherwise admitted, Costco denies the allegations in paragraph 25.

## III.     The Experience of Plaintiff and other Class Members

26.     Responding to paragraph 26 of the Complaint, Costco states that, to the extent Plaintiff purports to summarize, interpret, or quote from the invoice for his Interstate Battery purchase, the invoice speaks for itself, and Costco denies any characterization of the invoice that

sf-4516290

is inconsistent with its content.  Costco lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 26 and, on that basis, denies them. Except as otherwise stated, Costco denies the allegations in paragraph 26.

27.     Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint and, on that basis, denies them.

28.     Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint and, on that basis, denies them.

29.     Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the Complaint and, on that basis, denies them.

30.     Responding to paragraph 30 of the Complaint, Costco states that, to the extent Plaintiff purports to summarize, interpret, or quote from the invoice or shelf tag, the invoice and shelf tag speak for themselves, and Costco denies any characterization of the invoice and shelf tag that is inconsistent with their content.  Costco admits that its records show that an error led to Plaintiff paying $2.00 for his replacement battery.  Costco further states that consistent with its warranty and return policies and procedures, consumers can return defective Interstate Batteries within the applicable warranty period and receive a replacement at no additional cost.  Costco lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 30 and, on that basis, denies them.  Except as otherwise admitted, Costco denies the allegations in paragraph 30.

31.     Responding to paragraph 31 of the Complaint, Costco states that, to the extent paragraph 31 references or purports to summarize or describe the labeling of Interstate Batteries, the labeling speaks for itself, and Costco denies any characterization of the labeling that is inconsistent with its content.  Costco admits that in or around October 2019, Costco replaced the

sf-4516290

words "Free Replacement" from the Interstate Batteries' labels with the words "Limited Warranty Replacement."  Except as otherwise admitted, Costco denies the allegations in paragraph 31.

32.     Responding to paragraph 32 of the Complaint, Costco admits that its records show that an error led to Plaintiff paying $2.00 for his replacement battery.  Costco further states that consistent with its warranty and return policies and procedures, consumers can return defective Interstate Batteries within the applicable warranty period and receive a replacement at no additional cost.  Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff's interactions, and, on that basis, denies them.  Except as otherwise admitted, Costco denies the allegations in paragraph 32.

33.     Responding to paragraph 33 of the Complaint, Costco states that, to the extent Plaintiff purports to summarize, interpret, or quote from the invoice, the invoice speaks for itself, and Costco denies any characterization of the invoice that is inconsistent with its content.  Costco admits that its records show that an error led to Plaintiff paying $2.00 for his replacement battery.  Costco lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 33 and, on that basis, denies them.  Except as otherwise admitted, Costco denies the allegations in paragraph 33.

34.     Responding to paragraph 34 of the Complaint, Costco responds that, to the extent Plaintiff purports to summarize, interpret, or quote from documents or websites, those sources speak for themselves, and Costco denies any characterization of those sources that is inconsistent with their content.  Costco denies the remaining allegations in paragraph 34.

35.     Responding to paragraph 35 of the Complaint, Costco responds that, to the extent Plaintiff purports to summarize, interpret, or quote from documents or websites, those sources

speak for themselves, and Costco denies any characterization of those sources that is inconsistent with their content.  Costco denies the remaining allegations in paragraph 35.

36.     Responding to paragraph 36 of the Complaint, Costco responds that, to the extent Plaintiff purports to summarize, interpret, or quote from documents or websites, those sources speak for themselves, and Costco denies any characterization of those sources that is inconsistent with their content.  Costco denies the remaining allegations in paragraph 36.

37.     Responding to paragraph 37 of the Complaint, Costco responds that, to the extent Plaintiff purports to summarize, interpret, or quote from documents or websites, those sources speak for themselves, and Costco denies any characterization of those sources that is inconsistent with their content.  Costco denies the remaining allegations in paragraph 37.

38.     Costco denies the allegations in paragraph 38 of the Complaint.

## CLASS ALLEGATIONS

39.     Responding to paragraph 39 of the Complaint, Costco admits that Plaintiff purports to represent, pursuant to Federal Rule of Civil Procedure 23, a proposed class as stated on behalf of himself and others allegedly similarly situated.  Costco denies that class treatment is appropriate.  Except as otherwise admitted, Costco denies the allegations in paragraph 39.

40.     Responding to paragraph 40 of the Complaint, Costco admits that Plaintiff seeks to exclude certain persons from his proposed class and subclass.  Costco denies that class treatment is appropriate.  Except as otherwise admitted, Costco denies the allegations in paragraph 40.

41.     Costco denies the allegations in paragraph 41 of the Complaint.

42.     Responding to paragraph 42 of the Complaint, Costco admits that Plaintiff purports to bring a class action against Costco.  Costco denies that class treatment is appropriate.

sf-4516290

Insofar as allegations in paragraph 42 state conclusions of law, no response is required.  Except as otherwise admitted, Costco denies the allegations in paragraph 42.

43.     Responding to paragraph 43 of the Complaint, Costco admits that Plaintiff purports to bring a class action against Costco, and allege a purported common factual or legal issues.  Costco denies that class treatment is appropriate.  Insofar as allegations in paragraph 43 state conclusions of law, no response is required.  Except as otherwise admitted, Costco denies the allegations in paragraph 43.

44.     Responding to paragraph 44 of the Complaint, Costco admits that Plaintiff purports to bring a class action against Costco.  Costco denies that class treatment is appropriate. Insofar as allegations in paragraph 44 state conclusions of law, no response is required.  Except as otherwise admitted, Costco denies the allegations in paragraph 44.

45.     Responding to paragraph 45 of the Complaint, Costco admits that Plaintiff purports to bring a class action against Costco.  Costco denies that class treatment is appropriate. Insofar as allegations in paragraph 45 state conclusions of law, no response is required.  Except as otherwise admitted, Costco denies the allegations in paragraph 45.

46.     Costco denies the allegations in paragraph 46 of the Complaint.

47.     Responding to paragraph 47 of the Complaint, Costco admits that Plaintiff purports to bring a class action against Costco.  Costco denies that class treatment is appropriate. Insofar as allegations in paragraph 47 state conclusions of law, no response is required.  Except as otherwise admitted, Costco denies the allegations in paragraph 47.

48.     Responding to paragraph 48 of the Complaint, Costco admits that Plaintiff purports to bring a class action against Costco, and allege purported common factual or legal issues .  Costco denies that class treatment is appropriate.  Insofar as allegations in paragraph 48

state conclusions of law, no response is required.  Except as otherwise admitted, Costco denies the allegations in paragraph 48.

49.     Insofar as the allegations in paragraph 49 of the Complaint state conclusions of law, no response is required.  Except as otherwise stated, Costco denies the allegations in paragraph 49.

50.     Insofar as the allegations in paragraph 50 of the Complaint state conclusions of law, no response is required.  Except as otherwise stated, Costco denies the allegations in paragraph 50.

## CAUSES OF ACTION

## COUNT I

### VIOLATIONS OF FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT
(FLA. STAT. §501.201, et seq.)
On Behalf of the Florida Class

51.     Responding to paragraph 51 of the Complaint, Costco realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

52.     Responding to paragraph 52 of the Complaint, Costco admits that Plaintiff purports to bring this claim on behalf of himself and the alleged Florida Class.  Costco denies that class treatment is appropriate.  Except as otherwise admitted, Costco denies the allegations in paragraph 52.

53.     Responding to paragraph 53 of the Complaint, Costco states that, to the extent paragraph 53 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Costco denies any characterization of the statute that is inconsistent with its content.  Costco further states that insofar as allegations in paragraph 53 state conclusions of law, no response is required.  Except as otherwise stated, Costco denies the allegations in paragraph 53.

sf-4516290

54.     Responding to paragraph 54 of the Complaint, Costco states that, to the extent paragraph 54 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Costco denies any characterization of the statute that is inconsistent with its content.  Costco further states that insofar as allegations in paragraph 54 state conclusions of law, no response is required.  Except as otherwise stated, Costco denies the allegations in paragraph 54.

55.     Responding to paragraph 55 of the Complaint, Costco states that, to the extent paragraph 55 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Costco denies any characterization of the statute that is inconsistent with its content.  Costco further states that insofar as allegations in paragraph 55 state conclusions of law, no response is required.  Except as otherwise stated, Costco denies the allegations in paragraph 55.

56.     Costco denies the allegations in paragraph 56 of the Complaint.

57.     Responding to paragraph 57 of the Complaint, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff and the alleged Florida Class and, on that basis, denies them.  Costco further states that insofar as allegations in paragraph 57 state conclusions of law, no response is required.  Except as otherwise stated, Costco denies the allegations in paragraph 57.

58.     Costco denies the allegations in paragraph 58 of the Complaint.

59.     Responding to paragraph 59 of the Complaint, Costco states that insofar as allegations in paragraph 59 state conclusions of law, no response is required, and, on that basis, denies them.  Except as otherwise stated, Costco denies the allegations in paragraph 59.

60.     Costco denies the allegations in paragraph 60 of the Complaint.

## COUNT II

## BREACH OF EXPRESS WARRANTY
### (FLA. STAT. §672.313)
### On Behalf of the Florida Class

61.     Responding to paragraph 61 of the Complaint, Costco realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

62.     Responding to paragraph 62 of the Complaint, Costco admits that Plaintiff purports to bring this claim on behalf of himself and the alleged Florida Class.  Costco denies that class treatment is appropriate. Except as otherwise admitted, Costco denies the allegations in paragraph 62.

63.     Responding to paragraph 63 of the Complaint, Costco states that, to the extent paragraph 63 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Costco denies any characterization of the statute that is inconsistent with its content.  Costco further states that insofar as allegations in paragraph 63 state conclusions of law, no response is required.  Except as otherwise stated, Costco denies the allegations in paragraph 63.

64.     Responding to paragraph 64 of the Complaint, Costco states that, to the extent paragraph 64 references or purports to summarize, interpret, or quote a statute, the statute speaks for itself, and Costco denies any characterization of the statute that is inconsistent with its content.  Costco further states that insofar as allegations in paragraph 64 state conclusions of law, no response is required.  Except as otherwise stated, Costco denies the allegations in paragraph 64.

65.     Responding to paragraph 65 of the Complaint, Costco states that consistent with its warranty and return policies and procedures, consumers can return defective Interstate

sf-4516290

Batteries within the applicable warranty period and receive a replacement at no additional cost. Except as otherwise stated, Costco denies the allegations in paragraph 65.

66.     Responding to paragraph 66 of the Complaint, states that insofar as allegations in paragraph 66 state conclusions of law, no response is required.  Except as otherwise stated, Costco denies the allegations in paragraph 66.

67.     Responding to paragraph 67 of the Complaint, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff and the alleged Florida Class and, on that basis, denies them.  Costco further states that insofar as allegations in paragraph 67 state conclusions of law, no response thereto is required.  Except as otherwise stated, Costco denies the allegations in paragraph 67.

68.     Costco denies the allegations in paragraph 68 of the Complaint.

69.     Responding to paragraph 69 of the Complaint, Costco states that insofar as allegations in paragraph 69 state conclusions of law, no response thereto is required.  Except as otherwise stated, Costco denies the allegations in paragraph 69.

70.     Costco denies the allegations in paragraph 70 of the Complaint.

## COUNT III

### BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING
### On Behalf of the Florida Class

71.     Responding to paragraph 71 of the Complaint, Costco realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

72.     Responding to paragraph 72 of the Complaint, Costco admits that Plaintiff purports to bring this claim on behalf of himself and the alleged Florida Class.  Costco denies that class treatment is appropriate. Except as otherwise admitted, Costco denies the allegations in paragraph 72.

- 14 -

73.     Responding to paragraph 73 of the Complaint, Costco states that insofar as allegations in paragraph 73 state conclusions of law, no response thereto is required.  To the extent paragraph 73 references or purports to summarize or interpret the law, Costco denies any characterization of the law that is inconsistent therewith.  Except as otherwise stated, Costco denies the allegations in paragraph 73.

74.     Responding to paragraph 74 of the Complaint, Costco states that insofar as allegations in paragraph 74 state conclusions of law, no response thereto is required.  To the extent paragraph 74 references or purports to summarize or describe the terms of the warranty applicable to Interstate Batteries, the warranty speaks for itself, and Costco denies any characterization of the warranty that is inconsistent with its content.  Except as otherwise stated, Costco denies the allegations in paragraph 74.

75.     Costco denies the allegations in paragraph 75 of the Complaint.

76.     Costco denies the allegations in paragraph 76 of the Complaint.

77.     Costco denies the allegations in paragraph 77 of the Complaint.

78.     Costco denies the allegations in paragraph 78 of the Complaint.

## COUNT IV

### FRAUDULENT CONCEALMENT
### On Behalf of the Classes

79.     Responding to paragraph 79 of the Complaint, Costco realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

80.     Responding to paragraph 80 of the Complaint, Costco admits that Plaintiff purports to bring this claim on behalf of himself and the alleged Classes.  Costco denies that class treatment is appropriate. Except as otherwise admitted, Costco denies the allegations in paragraph 80.

sf-4516290

81.    Costco denies the allegations in paragraph 81 of the Complaint.

82.    Costco denies the allegations in paragraph 82 of the Complaint.

83.    Costco denies the allegations in paragraph 83 of the Complaint.

84.    Responding to paragraph 84 of the Complaint, Costco lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff and the alleged Florida Class and, on that basis, denies them.  Costco further states that insofar as allegations in paragraph 84 state conclusions of law, no response is required. Except as otherwise stated, Costco denies the allegations in paragraph 84.

85.    Costco denies the allegations in paragraph 85 of the Complaint.

86.    Responding to paragraph 86 of the Complaint, Costco states that insofar as allegations in paragraph 86 state conclusions of law, no response is required. Except as otherwise stated, Costco denies the allegations in paragraph 86.

87.    Costco denies the allegations in paragraph 87 of the Complaint.

## COUNT V

### UNJUST ENRICHMENT
### On Behalf of the Classes

88.    Responding to paragraph 88 of the Complaint, Costco realleges and incorporates by reference each and every preceding paragraph of this Answer as if fully set forth herein.

89.    Responding to paragraph 89 of the Complaint, Costco admits that Plaintiff purports to bring this claim on behalf of himself and the alleged Classes.  Costco denies that class treatment is appropriate.  Except as otherwise admitted, Costco denies the allegations in paragraph 89.

90.    Costco denies the allegations in paragraph 90 of the Complaint.

91.    Costco denies the allegations in paragraph 91 of the Complaint.

- 16 -

92.     Responding to paragraph 92 of the Complaint, Costco admits Plaintiff seeks disgorgement and restitution.  Costco denies that Plaintiff or the proposed classes have suffered any injury or are entitled to any relief in this action.  Costco states that insofar as the allegations in paragraph 92 state conclusions of law, no response is required.  Except as otherwise admitted, Costco denies the allegations in paragraph 92.

## PRAYER FOR RELIEF

Costco denies that Plaintiff is entitled to any of the requested relief, including the relief requested in paragraphs (A) through (G) under the section entitled "PRAYER FOR RELIEF."

## AFFIRMATIVE DEFENSES

As to affirmative defenses to the Complaint, Costco does not, by stating the matters set forth in these defenses, assume the burden of proof or persuasion on any matters as to which Plaintiff has the burden of proof or persuasion. The following affirmative defenses are based on Costco's knowledge, information, and belief at this time, and Costco specifically reserves the right to modify, amend, or supplement any affirmative defense contained in this Answer. Costco reserves the right to assert other defenses as information is gathered through discovery and investigation.

### FIRST AFFIRMATIVE DEFENSE
### (Statute of Limitations)

Some or all of the claims of putative class members are time-barred to the extent their claims arose before the applicable statute of limitations periods from the filing of the Complaint.

### SECOND AFFIRMATIVE DEFENSE
### (No Injury or Damages)

Neither Plaintiff nor any member of the putative classes have suffered any injury or damage because, consistent with Costco's warranty and return policies and procedures,

- 17 -

sf-4516290

consumers can return defective "Free Replacement" Interstate Batteries within the applicable

warranty period and receive a replacement at no additional cost.

### THIRD AFFIRMATIVE DEFENSE
### (Satisfaction of Guarantees, Representations, and/or Warranties)

Costco has satisfied any guarantees, representations, or warranties with respect to the

"Free Replacement" Interstate Batteries at issue.

### FOURTH AFFIRMATIVE DEFENSE
### (Lack of Intent)

Plaintiff's claims based on alleged willful misrepresentations are barred because the

representations and actions alleged were not intended to mislead or deceive consumers.

### FIFTH AFFIRMATIVE DEFENSE
### (Conduct Reasonable, Justified)

The Complaint fails because Costco acted reasonably and in good faith at all times

relevant to the Complaint.  Consistent with its warranty and return policies and procedures, if a

consumer returned a defective "Free Replacement" Interstate Battery during the applicable

warranty period, the consumer would receive a free replacement battery at no additional cost.

Costco's business conduct is justified, and its business practices do not offend public policy, are

not unethical, and do not cause injury to consumers.

### SIXTH AFFIRMATIVE DEFENSE
### (Bona Fide Error)

The Complaint fails because to the extent any violation occurred, which Costco denies,

any such violation was not intentional and resulted from a bona fide error made notwithstanding

Costco's policies and procedures adopted to avoid that error.

sf-4516290

## SEVENTH AFFIRMATIVE DEFENSE
### (Consent or Authorization)

Plaintiff and members of the putative class expressly or by their conduct approved, authorized, ratified, permitted, voluntarily agreed to, or consented to the conduct alleged in the Complaint.  Accordingly, Plaintiff and members of the putative class are barred from recovery.

## EIGHTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

Without admitting any wrongful conduct or that Plaintiff has suffered any loss, damage, or injury, recovery for any such loss, damage, or injury is barred, in whole or in part, because Plaintiff failed to mitigate any such loss, damage, or injury.

## NINTH AFFIRMATIVE DEFENSE
### (Offset)

Any claims for damages or other monetary recovery by Plaintiff or the putative class must be offset and reduced by the value received.

## TENTH AFFIRMATIVE DEFENSE
### (Adequate Remedy)

Plaintiff and the putative class cannot seek equitable relief because they have an adequate remedy at law and do not assert that money damages are insufficient to compensate them.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Uncertain/Unmanageable Damages)

Plaintiff's requested monetary relief is too speculative, remote, or impossible to prove or allocate.

## TWELFTH AFFIRMATIVE DEFENSE
### (No Restitution)

Plaintiff's claim for restitution is barred because it is not an available remedy, and the

- 19 -

amount of damages, if any, is speculative and impossible to ascertain and allocate.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (No Right to Injunctive Relief)

Plaintiff's request for injunctive relief is barred because, among other reasons, there is no ongoing wrongful conduct to enjoin and Plaintiff cannot show the possibility of irreparable harm as a result of any acts or omissions by Costco.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Lack of Personal Jurisdiction as to Out-of-State Putative Class Members)

The Court lacks personal jurisdiction over Costco as to the claims of the out-of-state putative class members. *See Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County*, 137 S. Ct. 1773 (2017). A finding of personal jurisdiction over the claims of the out-of-state putative class members would violate the Rules Enabling Act.

## <u>JURY TRIAL DEMANDED</u>

Costco hereby demands a trial by jury on all issues upon which trial by jury may be had.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Costco prays for the following relief:

1.      Dismissing the Complaint with prejudice;

2.      That judgment on the Complaint, and on each cause of action therein, be entered in favor of Costco;

3.      That this Court finds that this suit cannot be maintained as a class action;

4.      That this Court denies Plaintiff or the members of the purported class and subclass relief of any kind;

5.      That the request for equitable relief be denied;

6.      That Costco be awarded its costs incurred, including reasonable attorneys' fees; and

sf-4516290

7.      For such other or further relief as this Court may deem just and equitable.

**DATED** this 1st day of July, 2021.      Respectfully Submitted,

*/s/  Johanna E. Sheehe*
Phillip J. Sheehe (Fla. Bar. No. 259128)
Johanna E. Sheehe (Fla. Bar. No. 0119383)
SHEEHE & ASSOCIATES, P.A.
9830 Southwest 77th Avenue
Suite 215
Miami, Florida 33156
Telephone: (305) 379-3515
Facsimile: (305) 379-5404
Email: psheehe@sheeheandassociates.com
jsheehe@sheeheandassociates.com
e-filing@sheeheandassociates.com

Purvi G. Patel (*pro hac vice*)
Megan L. Whipp (*pro hac vice*)
Zachary Maldonado (*pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892.5383
Facsimile: (213) 892.5454
Email: ppatel@mofo.com
mwhipp@mofo.com
zmaldonado@mofo.com

***Attorneys for Defendant***
***Costco Wholesale Corporation***

sf-4516290

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document was served upon the following, either via transmission of Notices of Electronic Filing generated by CM/ECF or by E-mail and U.S. Mail for those counsel or parties who are not authorized to receive electronic notice on this 1st day of July, 2021:

Jason H. Alperstein
Jeff Ostrow
Kristen Lake Cardoso
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
Email:   alperstein@kolawyers.com
           ostrow@kolawyers.com
           cardoso@kolawyers.com

Steven G. Calamusa
Robert. E. Gordon
Daniel G. Williams
GORDON & PARTNERS, P.A.
4114 Northlake Boulevard
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050
E-mail:   scalamusa@fortheinjured.com
           rgordon@fortheinjured.com
           dwilliams@fortheinjured.com

*Counsel for Plaintiffs and the Proposed Classes*

*/s/ Johanna E. Sheehe*
ATTORNEY

- 22 -

sf-4516290