# EXHIBIT C

CONFIDENTIAL ATTORNEYS EYES ONLY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-CV-80826-RKA

JOHN SKRANDEL, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION,

Defendant.

_____________________________________/

DEPOSITION OF PETER C. HESKETH
(Conducted Via Videoconference)

DATE: May 11, 2022

TIME: 12:00 p.m. to 2:23 p.m.

PURSUANT TO: Notice by counsel for Plaintiff for purposes of discovery, use at trial or such other purposes as are permitted under the Federal Rule of Civil Procedure 30(B)(6)

BEFORE: Valerie A. Hance, RPR
Notary Public, State of Florida at Large

Pages 1 to 83

opportunity to make her objection on the record. And, again, unless you're specifically instructed not to answer, once that objection is made, you can go ahead and answer. Okay?

A. Thank you for that clarification. It will avoid the awkward silence while I wait.

Q. That's okay.

So the question was that you could use that [redacted]ss [redacted] mainframe, right?

MS. PATEL: Same objection.

[redacted]

BY MR. STAHL:

[redacted]

Q. Okay. And then I forgot to ask you, where are you -- where is your office? Where are you physically located on a typical workday?

A. Issaquah, Washington. I-s-s --

Q. And that's where you are right now?

A. Yes, I am.

Sorry. I didn't know if I needed to spell Issaquah for the reporter.

electronically-stored information at Costco, we've [redacted] you just generally tell me how, in Costco's business operations, they utilize electronically-stored information?

MS. PATEL: Vague and ambiguous. Outside the scope of the topic.

BY MR. STAHL:

Q. Again, you can answer if you understand.

[redacted]

MS. PATEL: Same objections.

[redacted]