# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOHN SKRANDEL, individually and
on behalf of all others
similarly situations,

        Plaintiff,    Case No.
                          9:21-cv-80826-RKA
vs.
COSTCO WHOLESALE CORPORATION,
        Defendant.
_____/

DEPOSITION OF DEREK BERNDT

(Conducted Via Videoconference)

DATE:            May 10, 2022

TIME:            12:06 p.m. EDT to 5:30 p.m. EDT
                    - and -
               9:06 a.m. PDT to 2:30 p.m. PDT

PURSUANT TO:     Notice by counsel for Plaintiff
                  for purposes of discovery, use at
                  trial or such other purposes as
                  are permitted under the Florida
                  Rules of Civil Procedure

REPORTED BY:     Aaron T. Perkins, RMR, CRR, CRC
                  Notary Public, State of
                  Florida at Large

                  Pages 1 to 184

Page 38

1    A.   All purchases required a Costco membership
2    card --
3    Q.   Okay.
4    A.   -- unless it's --
5    Q.   Okay.  And then when the Costco member -- or
6    excuse me, when the Costco employee scans the Costco
7    membership, does that scanned membership number appear
8    in that system, that computer system, we were talking
9    about earlier?
10            MS. PATEL:  Lacks foundation.
11            THE WITNESS:  I'm not sure of the details of
12        where that comes up other than the receipt at the
13        register.
14   BY MR. STAHL:
15   Q.   Okay.  So are you familiar with the process of
16   purchases like at the register?  Is that something that
17   you handle?
18   A.   I don't handle it.  I'm somewhat familiar with
19   it, but I'm not responsible for it.
20   Q.   Okay.  So let me segue to returns, and we can
21   really talk some more specifically about the returns.
22            During the period of time that we're
23   discussing in which you were the buyer of these
24   batteries, what was Costco's return policy for the
25   Interstate batteries that had, understanding there may

Page 61

1    we handle it?  And so the response that I'm giving is
2    it's a full placement and it's a small price increase.
3    So it would be to take care of the member, essentially,
4    is what we're doing here.
5         Q.   Meaning that the member should be charged
6    nothing with regard to that small price increase?
7         A.   That's right.
8         Q.   But to use Mike Frye's words, that Costco
9    should eat the difference or waive the difference?
10        A.   That's correct.
11        Q.   Okay.
12        A.   That's correct.
13        Q.   And when you say that if the member wants the
14   same battery, what would happen if the member wants the
15   same battery but Costco doesn't have that same battery
16   in stock?
17        A.   We would offer the refund.  And by way of
18   process, it's a refund.
19        Q.   Can you explain that?
20        A.   So when you present, as we talked earlier, to
21   the refund desk for the battery replacement, for a
22   refund of the battery, we give you a refund so that you
23   can repurchase another battery.  We don't have an
24   exchange process.  You can't come in and give us a
25   battery and we give you a battery.

1            MR. STAHL:  That was in the e-mail.
2            MS. PATEL:  Okay.  The highlighting is the
3       original?
4            MR. STAHL:  Yes, that's right.  Thank you
5       for pointing that out.
6   BY MR. STAHL:
7       Q.   Ms. Patel was just pointing out, sir, that
8   there are some yellow highlights on this e-mail.  And
9   she's correct that those were in the original people;
10  those were not put there by me.  And I was going to ask
11  you if you know why, Mr. Berndt, if you know, why there
12  was varying language at that time in March of -- or,
13  excuse me, in June of 2018 when the language on the
14  online as opposed to the warehouse?
15      A.   I believe it would have been a typo, because
16  we did not offer any sale on the website at all of
17  batteries.  So if there was a warranty posted on the
18  site, then it would not have -- it's not the place we
19  referred our members to whenever they purchased a
20  battery, because we didn't even have it as a point of
21  purchase for the members.
22      Q.   Okay.  But when you spoke to me about -- you
23  said earlier there was an asterisk on the battery
24  sticker that referenced another source.
25           Was that asterisk not referencing a website?

1       A.   No, not a website, not in June of 2018.  I
2  don't believe we had our changeover at that time for the
3  labels.
4       Q.   Okay.  So what do you believe that asterisk
5  was referencing at that time?
6       A.   The in store, on the rack, at the register
7  warranty statement, and also --
8       Q.   Okay.
9       A.   -- it was on the back of the fitment guide
10 that the members would look at, to refer back to
11 their -- that was all posted right up on the rack.
12      Q.   Okay.  And the fitment guide was an in-store
13 resource or that was something that was provided to the
14 members?
15      A.   In-store resource.
16      Q.   Okay.  If we look at your response to that
17 e-mail at the top of Berndt 2, you say, "The posted
18 warranty in the warehouse is correct.  We don't sell
19 from the website.  It's only there as a reference."
20           Have I read that correctly?
21      A.   Yes.
22      Q.   Okay.  And then below you say, "If you would
23 like to comp the member any amount, please feel free to
24 do so as a courtesy."
25           Can you explain what you meant by "comp the

1    price of the core charge, if applicable."
2         Again, the aspect of this sentence that says
3    "the battery should be adjusted accordingly," what does
4    that mean?
5         A.    So if there's a change in price from Kirkland
6    Signature to Interstate or, in the earlier examples that
7    we spoke about, if there's an Interstate battery with a
8    different price, then when the member purchased it
9    originally, this is the line that is telling the refund
10   cashiers to adjust it so that it's even, so that it's no
11   additional money out of the member's pocket.
12        Q.    Okay.  And that --
13        A.    And so that --
14        Q.    I'm sorry.
15        A.    So that is a replacement.
16        Q.    Okay.  And the reason that a price adjustment
17   is necessary is because at the point where the Costco
18   employee would be entering this transaction, it's a new
19   purchase because the refund has happened separately and
20   that's why they have to make that price adjustment,
21   right?
22        A.    Yes.  And because of the system's limitations
23   that we have where we don't have an exchange program, so
24   the way that we replace it is by giving you a refund and
25   you're going to repurchase another one.

1    I&MA, or the SAP system, they're used across Costco's
2    lines consistently?  Like, there's not one part of
3    Costco that uses these systems and another part that
4    uses something different, right?  They all use the same
5    systems?
6         A.   Yes.
7         Q.   And to the extent there was any migration of a
8    new system or new data, again, that happened across
9    Costco's line of business for the U.S. systematically,
10   right?
11        A.   We would all be on this.  We wouldn't be on
12   different systems.
13        Q.   You all would be on the same system?
14        A.   Yes.
15        Q.   Okay.  And you would be able to access that
16   location from any location, right?  You would be able to
17   sign in, as so long as you had the Internet, you could
18   get access to those systems from whenever?
19             MS. PATEL:  Vague and ambiguous.
20             THE WITNESS:  I don't --
21             MS. PATEL:  Go ahead.
22             THE WITNESS:  I don't know that the
23         buildings access SAP.  It's not something that is
24         in their purview or need.
25   BY MR. STAHL:

Page 127

1    Q.   Throughout the course of the deposition today,
2  you've said a number of times or you've used the
3  connotation or the language refund.  And this member was
4  concerned that it was actually a full refund warranty,
5  not a free replacement.  I was wondering if you agreed
6  with that.
7         MS. PATEL:  Same objection.
8         THE WITNESS:  I don't agree with it.
9  BY MR. STAHL:
10   Q.   Okay.  Why not?
11   A.   As I mentioned earlier, the refund was given
12  because we don't have an exchange process in place.  We
13  don't have the ability, systematic ability, to provide
14  an exchange.  But what I read in this statement is that
15  we gave the member a refund.  There was a difference in
16  price.  Based on the other documents and everything that
17  we have talked about today, that would have been
18  adjusted, price adjusted, and the member would have been
19  made whole.
20   Q.   What would it have taken during the time frame
21  that we're discussing for you, which was October 2017
22  through May of 2020?  Are you aware of what would have
23  been required to create that exchange option
24  systematically within Costco's system so that this could
25  have been avoided?  Do you know?

Page 133

```
1      internally for Costco, I mean?
2           A.   Yes.
3           Q.   Okay.  And then what measures were taken by
4      Costco to ensure that someone who had purchased a
5      battery under the prior item number or product number
6      would still be honored with the same warranty under the
7      new product number, which was later used?  Do you
8      understand?
9           A.   The same type of process that was used when we
10     went from Kirkland Signature to Interstate.  So when the
11     member purchased the item, it carried the stated
12     warranty period of time on the label.
13          Q.   Okay.  And then was there something
14     electronically in Costco's computer systems that
15     recorded these change in item numbers so that the Costco
16     employee at a time of return, or when someone was there
17     for this during a warranty period, would be able to
18     quickly and easily identify that the number had changed
19     but that the battery did, indeed, qualify for
20     replacement?
21          A.   There's a system process that exists for them
22     to see the purchase of an item and when it was
23     purchased, yes.
24          Q.   Okay.  And that's something they can see on
25     the computer screen?
```