# EXHIBIT B

Page 1

1        UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF FLORIDA
2
            CASE NO. 9:21-CV-80826-RKA
3

4

5   JOHN SKRANDEL, individually and
    on behalf of all others similarly
6   situated,
7       Plaintiff,
8   vs.
9   COSTCO WHOLESALE CORPORATION,
10      Defendant.
    _____/
11

12

13

14                    Zoom Remote
                      Wednesday, 10:30 a.m.-1:30 p.m.
15                    May 18, 2022

16

17          DEPOSITION OF CHRISTI KANG

18

19      Taken on Behalf of the Plaintiff before
20   Lisa Gerlach, FPR, Notary Public in and for
21   the State of Florida at Large, pursuant to
22   Notice of Taking Deposition in the above
23   cause.

24

25

Page 19

```
 1        A.   We have a section in the refund manual for
 2   free replacement batteries, and it states that we
 3   refund what the member originally purchased, if they
 4   bring a battery back for refund within -- it's a free
 5   replacement battery -- and then, if they choose to buy
 6   another battery and the price is different, then we
 7   override the price of the new purchase and that's what
 8   they paid originally.
 9        Q.   Okay.  My internet is just a little
10   inconsistent, but that's okay.
11        A.   Uh-oh.  You're frozen.  Did you get my
12   answer?
13        Q.   I can read it, so we're fine.
14        A.   Okay.
15        Q.   Then with regard -- you said there's a refund
16   manual.  So on May 7th of 2016, there would've been a
17   refund manual that was in existence at Costco with
18   regard to the procedure you outlined; correct?
19        A.   Yes.
20        Q.   And was there a separate warranty that
21   related to the policies and procedures of someone who
22   brought in an Interstate Battery for return, if you
23   know?
24             MS. RAY:   Objection; vague, outside the
25        scope.
```

Page 30

1  difference in the original purchase price of the
2  Interstate Battery and the increased price of the
3  replacement batteries Costco requires consumers to
4  purchase.
5      I read that correctly?
6  A. Yes, you read it correctly.
7  Q. Then, on page 2 of the answer and affirmative
8  defenses, Costco's response was that Costco denied the
9  allegations of that paragraph, including that
10 plaintiff or any member of the putative classes has
11 suffered any injury or damage, because, consistent
12 with Costco's warranty and return policies and
13 procedures, consumers can return defective Interstate
14 Batteries within the applicable warranty period and
15 receive a replacement at no additional cost.
16     Do you believe -- are you in agreement with
17 that statement by Costco?
18 A. I don't have it in front of me, but what you
19 read, yes, I would agree with that.  It's our policy
20 to -- it's not our policy to charge somebody more.
21 Q. Okay.  When we talk about the policy, we were
22 talking earlier about the refund manual; correct?
23 A. Yes.
24 Q. Okay.  Is there any other document that we
25 could look to with regard to what Costco's policies

1   and procedures are with regard to this narrow issue of
2   the return of Interstate Batteries branded with free
3   replacement?
4       A.  No.  The refund manual is the document of
5   record.  That's where the warehouses would go to see
6   this procedure.
7       Q.  Okay.  Are you aware of whether any Costco
8   members, other than the plaintiff's allegations in
9   this case, were ever charged amounts that were above
10  the initial purchase price when they came to return
11  one of these Interstate Batteries?  Do you know?
12      A.  Yes, I've heard of that happening.
13      Q.  Okay.  What were the circumstances of you
14  learning about those happenings?
15      A.  I can't remember the specifics.  We've gotten
16  questions periodically verifying the procedure from
17  warehouses, and we always explain to them how to do it
18  properly.
19      Q.  Okay.  Outside of the phone calls, where the
20  warehouses may call you with questions, we talked a
21  little earlier about the timeframe when you were a
22  trainer.
23          What training went into making sure that
24  Costco employees at the various warehouses were aware
25  of how this particular policy was supposed to work in

```
 1   you've outlined for this scenario with
 2   Interstate-branded batteries, how does the refund
 3   manual guide the employee that's processing this
 4   transaction, this exchange or desired exchange?
 5          MS. RAY:  Objection; asked and answered.
 6   BY MR. STAHL:
 7       Q.  What I mean specifically is, do they do
 8   something on a computer?  Do they scan something?  Is
 9   it an electronic transaction?
10       A.  They would handle the refund on the register.
11   If the member had a receipt, then we wouldn't need to
12   go to the computer.  If they did not and there was no
13   UPC on the battery to scan, then they would have to go
14   to the computer to find the original transaction and
15   see what the item number and the price was.
16       Q.  That's because, at Costco, every member has a
17   membership card that's used to identify the particular
18   member and their personal information, as well as any
19   transactions; correct?
20       A.  Correct.
21       Q.  With that membership card, the customer or
22   the member would -- there would be an application made
23   where they provide information, like name, address,
24   phone, email address; right?  All of that stuff would
25   be stored in Costco's systems?
```

1    refund.  They don't have the ability to do a refund --
2    put a register in refund mode in the tire shop.
3         Q.  Okay.  Is there an exchange option to the
4    employee?
5         A.  No.  Costco does not do exchanges.
6         Q.  Okay.  So if the member completes the
7    transaction, whether it be the RTV, the refund, or the
8    void, in order for that member to get a replacement
9    battery, they would have to leave the register and go
10   to a different department; correct?
11        MS. RAY:  Objection; vague, lacks
12        foundation.
13        A.  Not necessarily.
14   BY MR. STAHL:
15        Q.  Okay.  Explain that to me, please.
16        A.  If the refund was done in the tire shop,
17   which is possible, then they wouldn't need to go to a
18   different register.
19        Q.  Okay.  Any other circumstance, they would
20   need to go to a different register; is that correct?
21        A.  Yes.
22        Q.  Okay.  When they went to the different
23   register in those scenarios where that was required
24   and the Costco employee had the battery that was now
25   being placed on the counter to replace the one that