# EXHIBIT C

ATTORNEYS EYES ONLY

Page 1

CONFIDENTIAL ATTORNEYS EYES ONLY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-CV-80826-RKA

JOHN SKRANDEL, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION,

    Defendant.

_____/

DEPOSITION OF PETER C. HESKETH
(Conducted Via Videoconference)

| | |
|---|---|
| DATE: | May 11, 2022 |
| TIME: | 12:00 p.m. to 2:23 p.m. |
| PURSUANT TO: | Notice by counsel for Plaintiff for purposes of discovery, use at trial or such other purposes as are permitted under the Federal Rule of Civil Procedure 30(B)(6) |
| BEFORE: | Valerie A. Hance, RPR Notary Public, State of Florida at Large |
| | Pages 1 to 83 |

```
 1   opportunity to make her objection on the record.  And,
 2   again, unless you're specifically instructed not to
 3   answer, once that objection is made, you can go ahead
 4   and answer.  Okay?
 5       A.   Thank you for that clarification.  It will
 6   avoid the awkward silence while I wait.
 7       Q.   That's okay.
 8            So the question was that you could use that
 9   AS400 database to determine what was happening across
10   all of Costco's warehouses through that singular
11   mainframe, right?
12            MS. PATEL:  Same objection.
13            THE WITNESS:  It will show me data of what
14        transactions occurred.
15   BY MR. STAHL:
16       Q.   Right.  From each respective warehouse, right?
17       A.   Yes.
18       Q.   Okay.  And then I forgot to ask you, where are
19   you -- where is your office?  Where are you physically
20   located on a typical workday?
21       A.   Issaquah, Washington.  I-s-s --
22       Q.   And that's where you are right now?
23       A.   Yes, I am.
24            Sorry.  I didn't know if I needed to spell
25   Issaquah for the reporter.
```

ATTORNEYS EYES ONLY

Page 23

```
 1   electronically-stored information at Costco, we've
 2   already briefly discussed the ▮▮▮▮ database, but can
 3   you just generally tell me how, in Costco's business
 4   operations, they utilize electronically-stored
 5   information?
 6           MS. PATEL:  Vague and ambiguous.  Outside the
 7       scope of the topic.
 8   BY MR. STAHL:
 9       Q.  Again, you can answer if you understand.
10       A.  Okay.  All of our information for our
11   transactions throughout our company are stored on the
12   ▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and it is the
13   database for where all of our information is stored.
14       Q.  Okay.  And are there other computer
15   applications or programs or software, whichever word you
16   might want to use, that are utilized in Costco's
17   business, outside of the ▮▮▮▮▮▮▮▮▮?
18           MS. PATEL:  Same objections.
19           THE WITNESS:  The primary storage for all
20       warehouse transactions is within that ▮▮▮▮.  I am
21       aware that our pharmacy has separate computer
22       systems.  I believe our gas stations have a
23       different type of system to monitor the gas
24       stations.  I'm sure there is likely others
25       throughout the company, but everything is primarily
```