# EXHIBIT D

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                CASE NO.:  9:21-CV-80826-RKA
 3
 4   JOHN SKRANDEL, individually and
     on behalf of all others
 5   similarly situated,
 6              Plaintiff,
 7   vs.
 8   COSTCO WHOLESALE CORPORATION,
 9              Defendant.
     _____/
10
11                  DEPOSITION OF
12                  ROBERT MOYER
13
14
                 Friday, May 27, 2022
15               10:37 a.m. - 1:52 p.m.
16                (Remote Proceedings)
17
18
19
20
21
22
23
24         Stenographically Reported By:
              Gina Rodriguez, RPR, CRR
25
```

Veritext Legal Solutions
800-726-7007                                    305-376-8800

Page 24

```
 1        A.    Yes.
 2        Q.    Okay.  And explain that training process
 3   specific to the returns and the return policy at
 4   Costco for me, please.
 5        A.    So if the clerk was going to be given the
 6   responsibility of processing returns, and it is at
 7   that stage in his employment or training, he would be
 8   trained on the available documents by the tire
 9   manager or supervisor on how to perform a return.
10        Q.    Okay.  And what would those particular
11   documents have been in or around 2014 through the
12   present?
13        A.    It would be the refund manual, the refund
14   manual.
15        Q.    Anything other than the refund manual?
16        A.    No, that would cover the process for
17   returns as I understand it.
18        Q.    Okay.  And what about the computer system
19   that Costco utilizes in its business?  Do you have
20   any familiarity with that?
21              MS. RAY:  Objection.  Vague, foundation.
22        A.    I am familiar in general with our Costco
23   system.
24   BY MR. STAHL:
25        Q.    Okay.  What about specific to the system
```

1   or the tire invoice system did not talk to the
2   register system.  They were separate systems.
3        Q.   Okay.  So if someone brought a battery back
4   for a return to the return desk, would the return
5   desk be able to pull anything from that initial
6   purchase from the computer system that's at the
7   return desk, like did they leave a program, go into a
8   different program to find the information, or do they
9   have to direct the person to the tire center to go
10  get that information and come back?
11            MS. RAY:  Objection, vague.
12       A.   They could pull shopping history based off
13  the membership number for that member, but they
14  couldn't enter into the invoice system.  I don't
15  believe they ever had access to the invoice system,
16  the return desk.
17  BY MR. STAHL:
18       Q.   Okay.  So then to process a return at
19  Costco during this timeframe in which we're
20  discussing, whether -- whether it be the tire center
21  or the returns desk, they would have to generate the
22  invoice that was associated with that initial
23  purchase; is that right?
24            MS. RAY:  Objection.  Foundation, vague.
25       A.   No.