# EXHIBIT F







CONFIDENTIAL