# EXHIBIT G

Page 1

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2
3                 Case No. 9:21-CV-80826-RKA
4
    JOHN SKRANDEL, individually
5   and on behalf of all others similarly
    situated,
6              Plaintiffs,
7   vs.
8   COSTCO WHOLESALE
    CORPORATION,
9              Defendant.
10  _____/
11                             Remote Proceeding
                               May 20, 2022
12                             12:00 p.m. - 3:44 p.m.
13
14          DEPOSITION OF CHRIS HERBIG
15      (Exhibits marked highly confidential)
16       Taken before SUZANNE VITALE, R.P.R., F.P.R.
17  and Notary Public for the State of Florida at Large,
18  pursuant to Notice of Taking Deposition filed in the
19  above cause.
20
21
22
23
24
25

1    A.   Sold during the time frame that the free
2    replacement was our warranty policy?
3    Q.   Yes, sir.
4    A.   So the "free replacement" warranty was
5    that if there was a battery that was returned for a
6    warranty return, they would return the battery.  We
7    would refund their money and they would purchase a
8    new battery at the price that the original purchase
9    was at.
10   Q.   Okay.  And that warranty that you've
11   outlined, where was it memorialized during the time
12   frame that you've been designated to speak about as
13   the corporate representative today?  Where would it
14   have been memorialized in Costco's business records?
15   A.   When you say "memorialized," can you
16   explain that?
17   Q.   Sure.  Was this warranty that you just
18   outlined, was it a written directive?
19   A.   Our warranty was posted on the -- on the
20   batteries.  The battery rack was also, I believe,
21   posted at the time of the purchase on the paperwork
22   that that customer received.
23   Q.   Okay.  And was there anything on the
24   battery itself other than the label with those words
25   "free replacement" that outlined the warranty you

1  had, which is one policy which is your money back.
2      Q.   Okay.  And we can agree that getting your
3  money back for a product is different than getting
4  the product you purchased replaced at no additional
5  cost, whenever that time frame may happen that
6  you're seeking a replacement, correct?
7      A.   Can you repeat that?
8      Q.   Well, at Costco, there's no exchange,
9  right?  Costco, as a company, doesn't have an
10 exchange option; is that right?
11          MS. RAY:  Objection, outside the scope.
12          THE WITNESS:  We refund your purchase --
13     purchase price if you're unsatisfied.
14 BY MR. STAHL:
15     Q.   Right.  But a refund is I bring a product
16 back.  I give it to an employee.  The employee hands
17 me money back that I originally paid for that
18 product, correct?
19     A.   Correct, a refund of your purchase.
20     Q.   Yeah.  An exchange is I bring you a
21 product back that I am returning but I want the same
22 product.  And instead of a transaction, a monetary
23 or financial transaction, the products are exchanged
24 or swapped for one another with no money changing
25 hands, right?

```
 1              MS. RAY:  Objection, outside the scope.
 2              THE WITNESS:  I do not believe we do
 3        exchanges.
 4   BY MR. STAHL:
 5        Q.   When you say "we," you mean Costco, as a
 6   company, does refunds but not exchanges, correct?
 7              MS. RAY:  Objection, outside the scope.
 8              THE WITNESS:  That's my understanding.
 9   BY MR. STAHL:
10        Q.   I apologize that we kind of keep going
11   back and forth but I wanted to look at another
12   paragraph that you've been designated to speak on
13   behalf of Costco for, which is paragraph 20.
14        A.   Can you repeat that?
15        Q.   Yes, two-zero.  It's going to be on PDF
16   page 7.
17        A.   You said Number 20?
18        Q.   Yes.  Again, this paragraph 20 is just
19   Costco in its answer, which I apologize, you'll have
20   to now scroll back to what will be PDF page 33.  I
21   think it will help us with some clarity with one of
22   the time frames we were looking at earlier.
23              And it might be faster for you -- I don't
24   know if you see those arrows that are beside the
25   pages, you can click those arrows and it will help
```

1      vague.

2  BY MR. STAHL:

3      Q.  What limitations or qualifications

4  accompanied that "free replacement" language on

5  those stickers during this time frame at Costco?

6      A.  What limitations did we have for this?

7      Q.  That's right, what limitations did Costco

8  place on the free replacement warranty when those

9  batteries were offered for sale during this time

10  frame?

11      A.  I'm not aware of any limitations.

12      Q.  Okay.  How about qualifications?  Were

13  there any qualifications related to those "free

14  replacement" warranty stickers during that time

15  frame?

16      MS. RAY:  Objection, vague.

17      THE WITNESS:  Can you be more specific?

18  BY MR. STAHL:

19      Q.  Sure.  Let me say qualify, was the sticker

20  at the time that Costco was offering these

21  Interstate Batteries for sale, was there any

22  qualifying language, references, information

23  provided to the consumers that accompanied that

24  "free replacement" verbiage on the sticker?

25      A.  On the sticker itself, was there any

```
 1   qualifying limitations, am I understanding that
 2   correctly?
 3        Q.   Yes, sir.
 4        A.   Not that I'm aware.  Just "free
 5   replacement".
 6        Q.   Outside of the sticker, were there
 7   qualifications somewhere else?
 8        A.   With regard to the warranty?
 9        Q.   Yes, sir.
10        A.   I'd have to review the warranty a little
11   bit more but there's definitely qualifications on
12   the warranty to be able to return.
13        Q.   Okay.  And where was that warranty located
14   when the battery was being offered for sale at
15   Costco during this time period?
16             MS. RAY:  Objection, asked and answered.
17             THE WITNESS:  It was posted on the battery
18        rack, where the batteries were sold.  It was
19        posted in the fitment guide of the book you use
20        to determine your battery.
21   BY MR. STAHL:
22        Q.   So it was posted in the fitment guide
23   which was on the rack where the batteries were
24   presented in the store?
25             Is that what you're saying?
```

1    and then it has some zeros and a 59?
2            Do you see that?
3        A.   Yes.
4        Q.   We call those Bates pages.  So I just want
5    you to be aware that we may look at some documents
6    today and I may refer to those Bates pages just so
7    we can make sure that we're both looking at the same
8    thing, okay?
9        A.   Okay.
10       Q.   They'll be some later with different
11   numbers.  But for now, we're looking at this Herbig
12   59.
13           First question for you is in the bottom
14   left underneath the www.costco.com is a "U.S. Cont.
15   April 2, 2018."
16           Do you see that?
17       A.   Yes.
18       Q.   As the corporate representative at Costco,
19   what is that designation, what does that mean?
20       A.   I'm not sure to be honest with you.
21       Q.   And then this limited warranty on Bates
22   page Herbig 59, can you tell me what was the time
23   frame in which this particular language in this
24   limited warranty was utilized at Costco for the sale
25   of Interstate Batteries?

1      A.   The limited warranty is the --
2  approximately October '19 to present.
3      Q.   You're saying approximately October of
4  2019 to present?
5      A.   Correct.
6      Q.   Was there a different limited warranty
7  that was used between about August 2014 to
8  October 2019 with regard to Costco's sale of
9  Interstate Batteries?
10          MS. RAY:  Objection, outside the scope as
11      to 2014 to 2016.
12          THE WITNESS:  Not to my understanding.  It
13      was free replacement until the limited warranty
14      was implemented.
15 BY MR. STAHL:
16     Q.   So specific to the time frame of May 2016
17 to October of 2019, was there a Costco battery
18 warranty that had instead of words "limited
19 warranty," "free replacement" on the document?
20          Is that what you're saying?
21     A.   That's my understanding.
22     Q.   Okay.  When was the last time you saw that
23 document, if you know?
24     A.   I couldn't tell you off the top of my
25 head, to be honest with you.  I've seen it before

Page 112

1   been no changes in my tenure and position on this
2   warranty.
3        Q.   How did you come to have that
4   understanding, where did you learn it from?  You
5   can't tell me a time frame it went into place but
6   you keep telling me it's your understanding that
7   there's only one warranty in place.
8            How did you derive that knowledge?
9        A.   That's the only warranty I've ever known
10  here.
11       Q.   So you're saying there's never been
12  changes to the warranty at Costco as long as you've
13  been employed there with regard to the Interstate
14  Batteries?
15       A.   With regard to the warranty document, no.
16  With regard to the labels, yes.  "Free replacement,"
17  "limited replacement," we did that in order to be in
18  line with the rest of our policy at Costco.
19       Q.   You didn't change the warranty when you
20  made changes in Puerto Rico?
21       A.   If you're referring to Puerto Rico, yes,
22  we made a specific policy change to Puerto Rico and
23  Puerto Rico only.
24       Q.   Not policies, sir.  I'm asking you about
25  the warranty.  I'm only asking you about the

Page 113

1 one-page warranty with regard to these questions,
2 nothing else. Okay.
3      Are you saying that one-page warranty that
4 we looked at with "Costco battery warranty" on the
5 top and "limited warranty" below it as the header,
6 you're saying that that one-page document has been
7 in existence in the same form throughout your entire
8 tenure at Costco?
9      MS. RAY: Objection, lacks foundation.
10      THE WITNESS: That's my understanding.
11 BY MR. STAHL:
12   Q.  It's your understanding from what? You're
13 the corporate representative. You have to tell me
14 where your understanding comes from.
15      What did you do to gain that
16 understanding?
17   A.  That's my recollection of the warranty,
18 that it's not changed.
19   Q.  Okay. You were designated --
20   A.  We did a label change.
21   Q.  You were designated as the corporate
22 representative to speak on these topics.
23      What did you do to educate yourself so
24 that you could come to this deposition and answer my
25 questions accurately and correctly?