# EXHIBIT H

# Costco Battery Warranty

## Limited Warranty

Costco Wholesale provides this limited warranty to the original purchaser. This battery, when used in a passenger vehicle corresponding to or smaller than the vehicle manufacturer's recommended size and capacity, is free of defects in material and workmanship. This limited warranty is effective for the battery's designated warranty period, or for as long as it remains in the vehicle in which originally installed, whichever is shorter. The designated limited warranty period is indicated on the battery itself.

If there is a defect in material or workmanship (not merely the battery being discharged), this limited warranty provides that upon return of the battery to any Costco Wholesale warehouse, excluding Puerto Rico, the battery will be replaced or the purchase price refunded, excluding fees and taxes. Refunds will be given for the life of the battery warranty as stated on the battery itself. To obtain a new battery or a refund under this limited warranty, the original battery must be returned to Costco Wholesale within the warranty period. YOUR EXCLUSIVE REMEDY, WITH RESPECT TO ALL LOSSES WHATSOEVER, SHALL BE AS SPECIFIED ABOVE. IN NO EVENT SHALL COSTCO WHOLESALE BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES OF ANY KIND.

TO THE EXTENT NOT PROHIBITED BY LAW IN YOUR STATE OR JURISDICTION, COSTCO WHOLESALE EXPRESSLY DISCLAIMS ANY OTHER EXPRESS WARRANTY, IMPLIED WARRANTY OF MERCHANTABILITY, IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE OR ANY OTHER IMPLIED WARRANTY.

Proof of purchase is required for all claims. This limited warranty is void if the date coding on the battery is removed or destroyed. If more than one date is indicated, computation will be made using the earliest date indicated.

If a passenger car battery is used in a commercial vehicle, diesel vehicle (not including passenger automobiles and pickups), truck with a carrying capacity of more than one ton, lawn tractor, snowmobile, recreational vehicle, golf cart, or marine vehicle, the limited warranty is reduced to a free-replacement period of six months and a pro rata limited warranty period of one half the indicated life for that battery. The same policy applies to golf cart and marine batteries that are used for commercial purposes even if the battery was made for that application.

Costco Wholesale Corporation
PO Box 34535

Seattle, WA 98124-1535
1 (800) 774-2678
www.costco.com
US Cont. April 2, 2018