# EXHIBIT I

**Refund Manual**

# REFUND MANUAL

## JULY 2020

**Warehouse Operations**

CONFIDENTIAL

**Refund Manual**



CONFIDENTIAL

**Refund Manual**



CONFIDENTIAL

**Refund Manual**



## Free Replacement Batteries – US (10/16)

Through the interstate flat fee battery replacement warranty program, Interstate batteries are eligible for free replacement within 42 months in the northern states and 36 months in the southern (high heat) states.  If a member returns a KS battery within it's free replacement window, the member will receive the equivalent Interstate battery.  The member should be refunded exactly what they paid at the time of the original purchase.  When purchasing the replacement battery, the price of the battery should be adjusted accordingly, as well as the price of the core charge if applicable.



CONFIDENTIAL

**Refund Manual**



KANG_DEPO 000064

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        Costco_001070

**Refund Manual**



CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Refund Manual**



KANG_DEPO 000066

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   Costco_001072



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    Costco_001073

**Refund Manual**



KANG_DEPO 000068

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        Costco_001074

**Refund Manual**



KANG_DEPO 000069

**Warehouse Operations** 9

CONFIDENTIAL - ATTORNEYS' EYES ONLY Costco_001075



KANG_DEPO 000070

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    Costco_001076



KANG_DEPO 000071

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                            Costco_001077



KANG_DEPO 000072

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              Costco_001078



KANG_DEPO 000073

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          Costco_001079



KANG_DEPO 000074

CONFIDENTIAL - ATTORNEYS' EYES ONLY         Costco_001080



KANG_DEPO 000075

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          Costco_001081



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    Costco_001082



KANG_DEPO 000077

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                            Costco_001083



KANG_DEPO 000078

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          Costco_001084

**Refund Manual**



KANG_DEPO 000079

**Warehouse Operations**                                                                                              **30**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



KANG_DEPO 000080

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         Costco_001086



KANG_DEPO 000081

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    Costco_001087

**Refund Manual**



**Free Replacement Batteries – US (10/16)**

Through the interstate flat fee battery replacement warranty program, Interstate batteries are eligible for free replacement within 42 months in the northern states and 36 months in the southern (high heat) states.  If a member returns a KS battery within it's free replacement window, the member will receive the equivalent Interstate battery.  The member should be refunded exactly what they paid at the time of the original purchase.  When purchasing the replacement battery, the price of the battery should be adjusted accordingly, as well as the price of the core charge if applicable.



KANG_DEPO 000082

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    Costco_001088

**Refund Manual**



KANG_DEPO 000083

**Warehouse Operations** **40**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Costco_001089



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   Costco_001090

**Refund Manual**



KANG_DEPO 000085

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          Costco_001091



CONFIDENTIAL - ATTORNEYS' EYES ONLY Costco_001092

**Refund Manual**



CONFIDENTIAL - ATTORNEYS' EYES ONLY Costco_001093



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    Costco_001094



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                Costco_001095



KANG_DEPO 000090

CONFIDENTIAL - ATTORNEYS' EYES ONLY Costco_001096



KANG_DEPO 000091

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                              Costco_001097

**Refund Manual**



**Warehouse Operations Department**                                                    **62**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    Costco_001098