# EXHIBIT J

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| John Skrandel, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>          Defendant. | CLASS ACTION<br><br>CASE NO. 9:21-CV-80826-RKA |

**Expert Report**

**Concerning a Method to Identify Class Members and Quantify Their Damages**

Bo Martin, Ph.D.

January 9, 2023



# Contents

A.  Introduction ......................................................................................................... 1

1.  Expert Qualifications ........................................................................................ 1

2.  Engagement of Ankura Consulting Group ........................................................ 2

3.  Background on the Dispute ............................................................................... 2

  a.  The Complaint .............................................................................................. 2

  b.  Plaintiff's Theory of Class Members and Damages .................................... 3

4.  Scope of Review ............................................................................................... 4

5.  Documents and Data Relied Upon .................................................................... 4

B.  Summary of Opinions ............................................................................................ 4

C.  Bases for Opinions ................................................................................................ 6

1.  Refund or Void Transactions to Indicate a Potential Replacement Transaction ............................. 7

2.  Warranty Period from the Original Purchase and Modified Item Numbers to Record Changes in Warranty Period for Certain Items ............................................................................................. 8

3.  Batteries in Same Groups Qualify as a Replacement Purchase for Potential Damages ................ 9

4.  Examples of Identifying Class members and Calculating Their Individual Damages .................... 10

5.  Computer Program Includes Steps for Households with Complex Transaction Records .............. 13

6.  Summarization of Identification of Class members and Aggregation of Their Individual Damages ....................................................................................... 14

7.  Subsequent Analyses Supporting the Validity of the Identification and Quantification from the Computer Scripts ................................................................................. 15

8.  Information from Costco Could Confirm the Completeness of the Transactions for Identifying Class Members and Calculating Damages or Could Allow for a More Efficient Method ... 16

9.  Additional Transaction data may be used to calculate damages to Class members due to payment of sales taxes, or alternative methods may be used ...................................................... 17

**Exhibits**

1. Bo Martin Curriculum Vitae

2. Documents and Data Relied Upon

3. Listing of Batteries by Item Number with Warranty Period and Group Number

# A. Introduction

## 1. Expert Qualifications

1. My name is Bo Martin.  I am a Managing Director at Ankura Consulting Group, LLC ("Ankura").  I was educated and trained to conduct financial analysis of transactional data during my doctoral studies at the University of Chicago.  I began my career in litigation consulting at Arthur Andersen in 1999.  I joined Navigant Consulting in 2003, and I was a member of a Navigant practice purchased by Ankura in 2018.

2. My projects in litigation consulting have included class action certification, billing accuracy and adjudication of payments, settlement negotiations with state attorney generals, anti-money laundering investigations, and investigations related to the statistical measurement of performance standards.

3. My analyses for these projects typically focus on identifying various patterns in the data and determining which patterns meet criteria that are of interest.  I regularly write computer programs for completing the analyses required for these projects.

4. The identification of patterns can be complex, such as when the data has been stored in relational data files, information for the data records was not always initially collected for storage into an electronic system, or when the data fields changed in their definition or availability over time or by locations;  in other instances, the identification is more straightforward, such as when a company has consistently collected and stored its data records.  Subsequent analyses oftentimes then groups units in the data (e.g., claims, persons, households) which meet the criteria along with the associated dollar magnitude for the groups.



5. My expert opinions have been accepted by regulatory agencies, arbitration panels, and federal and state courts.  My curriculum vitae with additional information on my qualifications and employment history is attached as **Exhibit 1**.

    2. <u>Engagement of Ankura Consulting Group</u>

6. Ankura is a specialized independent business and litigation consulting firm that employs over 1,400 professionals in the United States and internationally.  The firm's consultants are experienced in analysis of voluminous and/or complex data, statistics, accounting, economics, finance, business valuation, and other industry and business-related disciplines.  Much of the firm's work is in providing services to clients facing the challenges of disputes, litigation, forensic investigation, discovery, and regulatory compliance.

7. Ankura is being compensated for its work on this matter at a rate of $600 per hour for me and rates ranging from $500 to $300 for those working under my supervision. The compensation received for Ankura's services, including those working under my supervision, is not dependent on the outcome of this matter.

    3. <u>Background on the Dispute</u>

        *a.   The Complaint*

8. As described in Plaintiff's Class Action Complaint, and reflected on the Interstate Battery stickers that are the subject of this lawsuit,[1] this matter concerns Costco's practice of selling its members Interstate-branded batteries with the words "Free Replacement" on the label (the "Interstate Batteries") and then charging its members an out-of-pocket cost to obtain a replacement battery when the initially

---

[1] Complaint, Images on page 2; Docket Entry 1.



purchased Interstate Battery is returned to Costco during the warranty period.[2] When viewed from the perspective of a Costco member who wanted to return an Interstate Battery under warranty, the Free Replacement Warranty meant that "they [would] receive a replacement battery at no extra cost, or at the very least, <u>have the purchase price of their Interstate Battery refunded and then be charged for a replacement battery at the same purchase price</u>."[3] (emphasis added)

9.   Given this alleged pattern of Costco not honoring its Free Warranty for Interstate batteries, the Class has been proposed to be the following:

> All Costco members, persons or entities that purchased an Interstate-branded battery with the words "Free Replacement" on the label (the "Interstate Batteries") at a Costco location in the State of Florida who: (a) returned the Interstate Battery to Costco within the warranty period, and (b) incurred an out-of-pocket cost to obtain a replacement battery. (the "Florida Class")

> All Costco members, persons or entities in the United States (including its Territories and the District of Columbia) that purchased an Interstate-branded battery with the words "Free Replacement" on the label (the "Interstate Batteries") at a Costco location who: (a) returned the Interstate Battery to Costco within the warranty period, and (b) incurred an out-of-pocket cost to obtain a replacement battery. (the "National Class") (collectively, the "Classes").[4]

I refer to Class members without distinction between the National Class and the Florida Class in the later sections of this report, with one discussion on a method to identify Florida class members.[5]

### b.   Plaintiff's Theory of Class Members and Damages

10.   The theory of damage alleged by Plaintiff is that Costco was required to provide Class members with replacement Interstate Batteries "free of charge"[6] and that Class members were damaged in the amount of out-of-pocket cost incurred when obtaining their replacement batteries, i.e., the increased difference in price between the initially purchased Interstate Battery and the replacement battery.

---

[2] Class Action Complaint per above-referenced caption.  May 7, 2021. paragraph 2.
[3] Class Action Complaint, paragraph 4.
[4] Motion for Class Certification.
[5] I may refer to a member as a Household, per Costco's terminology and field name in the transactions records which I analyzed.
[6] Class Action Complaint, paragraph 8; Motion for Class Certification.



4. <u>Scope of Review</u>

11. I was asked by counsel for the plaintiff to demonstrate that data from Costco's information system could be analyzed by writing computer scripts (or electronic coding) so that"[d]amages may be calculated from the claims [transactional] data maintained in Defendant's records, so that the cost of administering a recovery for the Classes may be minimized."[7] This demonstration also provides information regarding the numerosity of the Class, the commonality of the claims, and the typicality of the facts regarding their damages.

5. <u>Documents and Data Relied Upon</u>

12. The documents and data that I relied upon for forming my opinions are listed in **Exhibit 2**. In summary, I have relied upon the Class Action Complaint, Costco's Answer and Affirmative Defenses,[8] Plaintiff's Motion for Class Certification, certain filings (including a Joint Stipulation of Facts), recently produced Fitment Guidebooks for the years spanning 2017 – 2022, transaction records provided in Excel files, certain correspondence between counsel for both parties, and portions of depositions and their exhibits.

## B. Summary of Opinions

13. My opinion is that the transaction data which Costco has produced can be used to identify class members as defined in the Complaint, and furthermore that the damages to individual class members can be calculated with reasonable certainty by means of computer scripts.  The identification of Class members and quantification of their damages can be achieved even though Costco did not have a process to record

---

[7] Docket Entry 1, paragraph 50.
[8] Docket Entry 29.



an exchange as a distinctive record in their transactions data.[9]  Instead, a systematic (and electronic)

analysis of patterns among the transaction records for a Household can clearly identify when a return and

replacement caused an individual damage because the Household paid an increased price for the

replacement battery while the warranty for the original battery held, instead, that the Household should

not have paid for the replacement battery at all, i.e. the replacement battery should have been "free".

14.  As applicable to the legal question of certifying a Class, the opinion above supports my additional

opinions that the Class members are numerous and that, from the scripts I wrote, patterns can be found

and analyzed for each member to quantify the amount by which they were damaged.  Given that the

method of identifying a Class member and calculating its damages is automated by means of the

computer program I wrote, the same method can be used to reasonably identify all Class members and to

calculate their individual damages from Costco's transaction records.  The computer program can also

easily calculate pre-judgment interest for individual damages and overall.

15.  By means of a computer program applying the theory of the plaintiff applied to the Costco transaction

data produced to date, I identified **333,757** Households as Class members with total damages of

$2,423,643.79.

16.  If sales tax data for the replacement purchases which caused damages to Class members is not produced

by Costco, the damages to Class members caused by their paying all or a portion of the sales tax on

replacement batteries could be estimated from public sources regarding sales tax rates by state and, as

applicable, by city or other tax jurisdiction.

---

[9] Per deposition testimony, ". . . because of the system's limitations that we have where we don't have an exchange program, so the way that we replace it is by giving you a refund and you're going to repurchase another one". Berndt, page 93.



## C. Bases for Opinions

17. My understanding of the theory alleged by plaintiff is that the purchase of a replacement battery at a greater price, after taking into account the refunded amount for the return of the original battery, on a date within the warranty period, causes a damage.

18. I formed my opinion on the feasibility of identifying Class member and calculating damages by analyzing the transaction records that have been produced by Costco.  These records span the time period when the Free Replacement warranty was offered for the purchase of Interstate Batteries.[10]  This data also appears to cover all warehouses in the United States where Interstate Batteries were sold.  I conducted my analysis by writing computer program in SAS, a software package used for data management and analysis.[11]  I loaded the 156 data files constituting the 15,894,396 transaction records into one SAS data set.  There are 5,436,465 Households for these transactions.[12]  The total amount of purchases, net of refunds and voids, was $998,426,264.[13]  I then wrote scripts in the SAS programming language to find patterns that identified the Households that are Class members and quantified their damages.[14]

19. To write the computer program which applies the theory to the data, I conducted supporting analyses on the following topics:

---

[10] The warranty was offered from approximately September 1, 2014 to December 31, 2019.  Since the longest warranty period was 36 months or 42 months, depending on location of the warehouse for the purchase, damages may still be occurring for Households since Costco did not stop offering the Free Replacement warranty until around (and varying by locations) October through December of 2019.  See Herbig Depo. at 60:21-63:7.

[11] See https://www.sas.com/en_us/software/base-sas.html for a description of the SAS language.

[12] Per communication from Costco's counsel, I have removed transactions with Household IDs that do not represent Class Members.  These Household IDs are "99" and "303062208000".

[13] There are 3,892,349 Households that have no Refund or Void transactions.

[14] The SAS script contains sub-scripts in SQL, another commonly used language for data manipulation and analysis.



1.  **Refund or Void Transactions to Indicate a Potential Replacement Transaction**

20. Identifying those Households that returned an original battery for a free replacement battery pursuant to the Free Replacement warranty was a fundamental objective for my analysis of the transaction records. The theory implies that the Item Number in a transaction record for the purchase of an original Interstate Battery and the Item Number recorded for the return of the originally purchased Interstate Battery in a transaction record <u>must</u> be the same.

21. However, the transaction records as provided do not contain a field that solely indicates when an Interstate Battery was being returned and replaced. My reading of deposition testimony confirmed that a single field indicating such a return and replacement is not part of the structural design of the Costco data system. Instead, a Costco employee would enter two transactions :

> "So the 'free replacement' warranty was that if there was a battery that was returned for a warranty return, they would return the battery. We would
> 1) refund their money and
> 2) they would purchase a new battery at the price that the original purchase was at." (enumeration added)[15]

22. The fields that I used to begin the identification of a Class member and quantification of a damage were the ▮▮▮▮ and ▮▮▮ fields. Depending on the register in a warehouse that was used, a sales representative could effectively begin the processing of a return and replacement by entering a transaction record that either refunded or voided the original purchase.[16]

23. The return and replacement would then be completed by a Costco employee who would enter a new transaction record for the purchase of the replacement battery. This two-stage process thus resulted in two transaction records, first for a Refund or Void transaction and second for a replacement purchase

---

[15] Herbig deposition, page. 34.
[16] A Void could only be entered on certain Costco registers. Kang deposition, page 37.



transaction.  Along with the transaction records for an original purchase, these two transactions records constituted the basic 'triplets' which my computer program surfaced for a Household and then evaluated for whether there was a damage to the Household.

### 2. Warranty Period from the Original Purchase and Modified Item Numbers to Record Changes in Warranty Period for Certain Items

24. I further assume that the replacement purchase must occur within the warranty period for the original purchase.  For example, if an original purchase occurred on January 1, 1997 and had a warranty period of 36 months, then the transactions for both the return and the purchase of the replacement battery must have occurred by December 31, 1999. However, because I understand that the "Free Replacement" warranty did not contain limiting language, I do not require that the transaction for the return and the transaction for the replacement purchase to have occurred on the same date, so long as they both occurred within the warranty period of the original purchase.  Using the same example, the transaction date for the return could have been on, say, March 4, 1998 and the transaction date for the replacement could have occurred on, say, March 11, 1998.

25. It is my understanding that Costco modified five Item Numbers for certain Interstate Batteries when they "removed the words 'free replacement' from the labels of Interstate-branded batteries[,]"[17] while also changing the warranty period for some of those batteries from 42-months to 36-months.[18]  This modification placed a leading "8" in front of an Item Number for an Interstate Battery.  The Interstate Batteries with this modification to their Item numbers were - 850241 to 8850241, 850242 to 8850242, 850276 to 8850276, 850261 to 8850261, and 852242 to 8852242. It is my further understanding that there

---

[17] See Factual Stipulation Regarding Defendant Costco Wholesale Corporation's November 9, 2022 Supplemental Data Production, dated December 5, 2022 or Docket Entry 105 at paragraphs 3 and 4.
[18] See Fitment Guidebooks.



was no difference between a battery with the superseded Item Number or the modified Item Number beyond the warranty period.[19]

### 3. Batteries in Same Groups Qualify as a Replacement Purchase for Potential Damages

26. It is my further understanding of the theory alleged by plaintiff that a replacement battery available under the warranty could have had a different Item Number than the Item Number of the originally purchased battery. The Item Number could be different if either i) Costco revised the Item Number after the original purchase, as was the case with the named Plaintiff; or i) the original purchase and the replacement purchase were of an Interstate Battery in the same "Group". Costco used "Fitment" and/or "Group" codes to assist its customers in comparing one Interstate Battery to another Interstate Battery or to other manufacturer's batteries. The same Group indicates the suitability of batteries with different Item Numbers for use in a given car (or other vehicle, such as a golf cart or a lawnmower). To the extent that Costco only offered one Item Number for a given car or vehicle at a given time, Costco used a Group number to determine which Item Number was suitable for the given car or vehicle at a later time, e.g. at the time of a replacement purchase. As stated in deposition,

> "Q. Okay. So am I to understand that batteries are different because a year, make, or model might only work with a single type of battery?
>
> A. The way our system works is, and I can't speak for anybody else, but it is typically one battery that would be associated to that year, make, model and sub model of a car.
>
> Q. So you're saying at Costco, if someone comes in, a member comes in and inquires as to a battery that is assessable or could be used in their vehicle, that the invoicing system would provide only one battery option, is your understanding?
>
> A. That would be my understanding, yes."[20]

---

[19] See Fitment Guidebooks.
[20] Moyer deposition, pp. 33-34. See also Kang deposition, p. 71.



Therefore, if a replacement purchase and an original purchase have different Item Numbers but are in the same Group, then the replacement purchase at a greater price than the original purchase constitutes a damage to the Household.

27.  To apply this information in my computer program, I relied on a reference table that lists all batteries in the transaction records with columns for their Item Number, modified Item Number if applicable, and Group Number.  This reference table also has a column for the warranty period for each Item Number.  I constructed the warranty and Group ID columns in this table using information from Fitment Guidebooks produced by Costco and Description fields in the transaction records.  Communication from Costco validated the table.[21]  See **Exhibit 3**.

### 4.  Examples of Identifying Class members and Calculating Their Individual Damages

28.  In summary, I require that the original purchase transaction and the return transaction (indicated by a refund or void transaction) must have the same Item Number, that the replacement purchase must have been made within the warranty period for the original purchase, and that the replacement purchase must have the same Item Number, have the modified Item Number, or have the same Group Number.

29.  An analysis of the price paid for the original battery, the price recorded for the Refund or Void, and the price paid for the replacement battery was also necessary to determine whether a damage had occurred, i.e. if the price paid for the replacement battery was greater than the price paid for the original battery and the price recorded for the return of the original battery.  Finally, I checked that the date for the replacement purchase occurred within the warranty period that started from the date of the original purchase.

---

[21] Email dated February 7, 2023.  I require a second battery qualifying as a replacement battery and the initially purchased battery to have the same Group ID.  Notably, this is not necessarily a requirement in the battery industry. See Declaration of Timothy C. Saurwein, paragraph 14.



30. While presented generally above, the basic pattern in the transactions for a Class member is the following:

   1. A record for a Household's original purchase of a battery,

   2. A record for the Household return of the original battery recorded as a Refund or a Void transaction at the original purchase price, and

   3. A record for the Household's purchase of a replacement battery at a greater price than the original purchase price and within the warranty period for the original purchase.

31. For the three examples below, the Item Number for the return transaction is the same as the Item Number for the original purchase, and the return transaction and the replacement purchase both occur within the warranty period of the original purchase. In contrast, the examples are different with respect to whether the replacement purchase has the same Item Number, has the modified Item Number, or has the same Group Number as the original purchase:[22]

**Table 1: Example of a Class Member whose
Replacement Purchase had the same Item Number**

| Household | Date | Months Since Original Purchase | Item | Group | | | | Price | Damage |
|---|---|---|---|---|---|---|---|---|---|
| 3927 | 12/21/2020 | | 879463 | | - | - | No | $89.99 | - |
| 3927 | 11/21/2021 | 11 | 879463 | | Yes | n/a | Yes | -$89.99 | - |
| 3927 | 11/21/2021 | 11 | 879463 | | n/a | Yes | No | $94.99 | $5.00 |

----

[22] In my computer program, I excluded original purchases with a Modified Item Number from qualifying for damages. However, I noted that Costco deposition testimony, the Fitment Guides, and Costco's counsel communication are inconsistent with respect to whether some original purchases with a Modified Item Number could qualify for damages. If original purchases with a Modified Item Number could qualify for damages, I found that there could be up to 8,599 more Class members and the damages for all Class members could increase by up to $164,047.

[23] The ▮▮▮ or ▮▮▮ field has a constructed value of "Y" when either the ▮▮▮ field or the ▮▮▮ field in the Transactions records has a value of "Y".



This transaction history demonstrates both that a Household can be identified as a Class member, because their replacement battery was not free, and that the amount of the damages can be calculated from the data, which in this case is $94.99 - $89.99, or $5.00. Since 11 months elapsed between the original purchase and the replacement purchase, the damage occurred within the warranty period. This example demonstrates that Class members who suffered damages pursuant to plaintiff's theory can be identified, and their individual damage can be calculated.

**Table 2: Example of a Class Member whose
Replacement Purchase had a Modified Item Number**

| Household | | Date | Months Since Original Purchase | Item | Group | | - | | Price | Damage |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0000 | 5/31/2018 | - | 850242 | 35 | - | - | No | $74.99 | - |
| | 0000 | 8/11/2020 | 27 | 850242 | 35 | Yes | Yes | Yes | -$74.99 | - |
| | 0000 | 8/11/2020 | 27 | 8850242 | 35 | No | Yes | No | $78.99 | $4.00 |

**Table 3: Example of a Class Member whose
Replacement Purchase had a Different Item Number but the same Group Number**

| Household | | Date | Months Since Original Purchase | Item | Group | | - | | Price | Damage |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3734 | 5/29/2019 | | 850259 | 65 | - | - | No | $94.99 | - |
| | 3734 | 11/4/2021 | 30 | 850259 | 65 | Yes | Yes | Yes | -$94.99 | - |
| | 3734 | 11/4/2021 | 30 | 852186 | 65 | No | Yes | No | $99.99 | $5.00 |

---

[24] The ▇▇▇ or ▇ field has a constructed value of "Y" when either the ▇▇ field or the ▇ field in the Transactions records has a value of "Y".

[23] The ▇▇▇ or ▇ field has a constructed value of "Y" when either the ▇▇ field or the ▇ field in the Transactions records has a value of "Y".



32. The second and third examples further demonstrate that Class members who suffered damages pursuant to plaintiff's theory can be identified, and their individual damage can be calculated. Each of the Households with these patterns is a Class member and their individual damages are calculated from the transaction records.

### 5. Computer Program Includes Steps for Households with Complex Transaction Records

33. In analyzing the transaction records, I noted that some Households have purchase, return, and replacement transaction records that are more complex than the examples above.  Because I wrote a computer program for this analysis, I could treat Household with complexities similarly as those with basic patterns with respect to the calculation of damages by adding certain sub-routines in the program.  I highlight two of these sub-routines below:

- Households that originally purchased two or more batteries or returned a fewer or greater number of batteries or purchased two or more replacement batters on a given date were resolved by including the Units field in the analysis.  The average price calculated as the Dollars divided by Units on a single transaction record for two or more original batteries, Refund or Void batteries, or replacement batteries was the basis for determining whether there was a damage and the amount of the damage for one or more batteries that were replaced.

- I required that each original purchase and return by a Household may cause a damage only once even when I find several later purchases which may individually each have qualified as a replacement purchase.  For example, when I identify a Household that returned a battery, purchased a battery in the same Group on the same date as the return *and* purchased a battery that was the same Group on a later date, then I systematically select only the purchase on the same date as being the second purchase for calculating the damage, and I disregard the purchase on the later date.



6. **Summarization of Identification of Class members and Aggregation of Their Individual Damages**

34. The table below summarizes the Households and damages for all of the occurrences of damages in the transaction records produced to date.  A Household may have more than one original purchase of a battery which caused a damage.  To align the definition of a Class member as a Household, I identified the unique Households and summed their individual total damages from all their occurrences:

**Table 4: Summary of Households as Class Members and Quantification of Their Individual Damages**

| Description | Households | Occurrences of a Damage | Damages |
|---|---|---|---|
| Replaced Battery is Same Item as Originally Purchased Battery | 207,313 | 245,788 | $1,114,112 |
| Replaced Battery is Modified Item from Originally Purchased Battery | 35,054 | 36,160 | $305,211 |
| Replaced Battery is Same Group (but not Same or Modified Item) | 130,838 | 140,225 | $1,004,321 |
| | Unique Households | Total Occurrences of a Damage | Total Damages |
| Summary | 333,757 | 422,173 | $2,423,643.79 |

35. I wrote a computer program that applies the theory alleged by the plaintiff to the transaction records to identify which Households are Class members and to quantify their damages.  The computer program recognizes patterns such that each Household's transactions are analyzed similarly, while taking into account varying degrees of complexity across Households.  To the extent a court ruling modifies this theory, I can modify the computer program to apply the court-modified theory to the Household's



transactions.[26]

### 7. Subsequent Analyses Supporting the Validity of the Identification and Quantification from the Computer Scripts

36. After identifying Class Members and calculating their damages using a computer script, I performed three analyses regarding the validity of my findings.

37. First, I checked whether my computer program identified the plaintiff and quantified his individual damages. The plaintiff's Household ID is ████████ 3409 and Costco has acknowledged that his one replacement purchase caused a damage of $2. Identically, I identified this Household ID as having one replacement purchase that caused a damage of $2.

38. Second, I summarized the Households by the frequency of their replacement purchase(s) that caused a damage:

**Table 5: Households' Frequency of Replacement Purchases with damages**

| # of Replacement Purchases with Damage | Households | Damages |
|---|---|---|
| 1 | 270,377 | $1,588,267 |
| 2 | 47,553 | $523,426 |
| 3 | 10,843 | $178,213 |
| 4 | 3,085 | $67,554 |
| 5 or more | 1,030 | $27,970 |
| Total | 333,757 | $2,423,643.79 |

I consider it reasonable that Households most frequently have one occurrence of a damage and that Households with more occurrences of a damage smoothly declines.

---

[26] Plaintiff's theory is that a second purchase of a battery is not a replacement purchase if the date of the second purchase occurred before the date of a return. I noted that Costco has asserted the contrary. See Declaration of Robert Moyer, dated August 29, 2022. If the court ruled such earlier second purchases should be treated as a replacement purchase, the number of Class members and the damages to the Class would increase.



39. Third, I summarized the frequency of damages by whether a replacement purchase causing a damage occurred on the same date as their return or on a later date (still within the warranty period of the original purchase)

**Table 6: Replacement Purchase Frequency Relative to Date of Return**

| Replacement Purchase Occurred on Same Date as the Return | Occurrences of a Damage | Damages |
|---|---|---|
| Same Date as the Return | 376,447 | $2,164,356 |
| Date after the Return (within original warranty period) | 45,726 | $259,287 |
| Total | 422,173 | $2,423,643.79 |

I also consider it reasonable that replacement purchases causing a damage most frequently occurred on the same date as the return and that the occurrences of a damage declines as the duration from the return to the replacement increases.

### 8. Information from Costco Could Confirm the Completeness of the Transactions for Identifying Class Members and Calculating Damages or Could Allow for a More Efficient Method

40. My opinions concerning the ability to systematically identify Households as Class members and quantify their damages are based on information that Costco has produced to date.  I reserve the right to amend my opinions if and when new information is available beyond the submission date of this report. In particular, I understand that Costco has produced transactions records on three different occasions as they have twice discovered more transactions that pertain to this matter after their original production.  If Costco discovers even more transactions, then I will update my analyses with these transactions.[27]

---

[27] A final production of transactions may be needed to include all dates on which a damage may have occurred.  I understand that final date is on or around June 30, 2023. See Herbig Depo. at 60:21-63:7.



41. Regarding identification of Class members specifically in the Florida Class, Costco has produced a field, named ▮▮▮, which indicates the warehouse where a Class member purchased a battery, returned a battery, and/or purchased a replacement battery causing a damage.  The ▮▮▮ field contains a numeric code.  Information from Costco that maps this code to a geographic location will facilitate the identification of Florida Class members.

42. Finally, I have assumed that a ▮▮▮▮▮▮▮ can be linked to records in a ▮▮▮▮▮▮▮ that includes contact information for a Class member, including an address(es), phone number(s), and e-mail address(es).  If Costco maintains customer relationship information about the returning of Items as a behavioral characteristic of Households, then a ▮▮▮▮▮▮▮ might be a means to identify more Class members or to confirm the Class members as identified in the transaction patterns.

### 9. Additional Transaction data may be used to calculate damages to Class members due to payment of sales taxes, or alternative methods may be used

43. There is one source of damages for which transaction data has not yet been produced. The representative class member paid taxes on his replacement battery, and this is an indication that other class members paid taxes on their replacement batteries, too.[28]  However, information about the sales tax paid on transactions by all Class members has not been produced by Costco.  Alternatively, the sales tax paid and consequent damage could be based on public information on sales tax rates by geographic location.

44. Similarly, an interest rate can be applied to damages in order to account for pre-judgement interest, either as a single rate for each damage or at varying rates depending on location or other characteristics.

Signed,

*Bo Martin*
_____
Bo Martin, Ph.D.

  February 9, 2023
_____
Date

_____

[28] Complaint, page 14.

**Exhibit 1**





## B. BO MARTIN, PHD

### Managing Director

150 N. Riverside Plaza
Suite 2400
Chicago, IL 60606

+1.312.583.6921 Direct
+1.312.505.9919 Mobile

bo.martin@ankura.com

**EDUCATION**

Doctorate in Public Policy
Studies, University of
Chicago

Bachelor of Science in
Foreign Service,
Georgetown University

**AWARDS**

Eagle Scout

Dr. Martin is a statistician with experience in a range of analytical methodologies for dispute resolution, litigation support and operational performance measurement. He specializes in the healthcare industry with projects on behalf of payers, providers, manufacturers, and other entities.

Dr. Martin has significant experience in litigation support services. He has participated in engagements that include, but are not limited to, class action certification, billing accuracy and adjudication of payments between private parties, settlement negotiations with state attorney generals, anti-money laundering investigations, and false claims investigations related to performance measurements with government entitites.

Dr. Martin has been qualified to testify in state and federal venues. His expert testimony includes comments submitted to CMS regarding criticisms of a proposed estimator for the Fee for Service Aduster.

Dr. Martin's expertise includes statistically valid method for random sampling and extrapolation. As an expert witness, he has designed, implemented and presented the results of random sampling plans. He has also testified regarding the statistical validity of samples and econometric analyses conducted by other statisticians.

**HEALTHCARE INDUSTRY**

» *United States of America, ex rel. Michael S. Lord v. North American Partners in Ansthesia (NAPA)*
*United States District Court, Middle District of Pennsylvania*
*Civil Action Number: 3:13-CV-2940*

On behalf of NAPA, wrote an expert report that rebutted the sampling and extrapolation methods to estimate alledged overpayments as put forward by statistician for Relator. (2022)

» *The Chattanooga Hamilton County Hospital Authority d/b/a Erlanger Health System, v. UnitedHealthcare Plan of the River Valley, Inc. d/b/a AmeriChoice*
*Chancery Court for Davidson County, Tennessee*
*Case Number: 09-1253-II*

Wrote an expert report and testified at deposition regarding the drawing of a sample and extrapolaiton to a population estimating the percentage of patients treated at an emergency room were clinically stable upon arrival. (2022)

**BO MARTIN**

» *Confidential Arbitration between Provider and Payer (1)*

On behalf of Respondent, submitted Declarations which rebutted sampling plans for the purpose of extrapolation of damages (if any) as proposed by Claimants, and counter-proposed that probe samples first be drawn to inform the design of a sampling plan for this purpose. (2021, 2020)

» *Confidential Arbitration between Provider and Payer (2)*

Wrote an expert report and testified at deposition regarding the sampling and extrapolation of underpayments in a population of claims.  Complainant and Responded agreed upon the sample design that was co-developed with statistician for opposing party (2021)

» *Confidential Arbitration between Provider and Payer (3)*

Co-wrote an expert report and testified at deposition regarding the sampling and extrapolation of underpayments in a population of claims. (2020)

» *South Peninsula Hospital, et al, Plaintiff v. Xerox State Healthcare LLC, Defendants*
*United States District Court District of Alaska*
*Case Number 3: 15-cv-00177-TMB*

Wrote an expert report opining that a statistician engaged on behalf of plaintiff had not developed a statistical methodology that would allow for the estimation of damages for an alleged class from a sample of claims.  (2019)

» *Confidential Arbitration between Provider and Payer (4)*

Wrote an expert report and testified at deposition regarding whether a stratified sample was statistically valid for the purpose of estimating the total amount of alleged underpayments for a population of claims. (2019)

» *United States of America, et al., ex rel., J. D'Alessio, M.D., v. Vanderbilt Univ. Medical Center, et al.*
*United States District Court for the Middle District of Tennessee*
*Civil Action No. 3:11-00467*

Testified before an administrative law judge on a sampling plan that reduced the burden on Defendants to respond to Plaintiffs' demands for production of claims data and supporting medical records. (2015)

» *United States et al. ex rel. Paradies v. GGNSC Administrative Services, LLC et al. (Aseracare)*
*United States District Court Northern District of Alabama*
*Case Number. 2:12-cv-245*

Testified on Medicare's reimbursement rules and the industrial organization of hospice providers, including the impact of these rules on the relatively longer average lengths of service faced by hospice providers caring for patients with non-cancer diagnoses. (2014)

» *Disability Advocates, Inc. v. David A. Paterson (in his official capacity), et al.*
*United States District Court for the Eastern District of New York*
*Case Number 03-CV-3209 (NGG)*

Testified on the design and implementation for a random sample of nursing home residents and the statistical validity of extrapolations for a resident population made from the sample's findings. (2010)



**BO MARTIN**

»  *In Re: King's Daughter Medical Center*
   *Commonwealth of Kentucky Cabinet for Health Services Administrative Hearings Branch*
   *Case Number: CON #010-10-022(49)*

   Rebutted testimony before an administrative law judge regarding a hospital's econometric forecasting of inpatient days in response to a Certificate of Need application.  (2006)


## OTHER INDUSTRIES

»  *Walker, Joyce et al v. Life Insurance Company of the Southwest*
   *United States District Court, Central District of California, Southern Division*
   *Case No.: CV 10-9198-JVS-JDE*

   Wrote an expert report and testified at deposition regarding the documentation that would be necessary to demonstrate that a sample was statistically valid and illustrated the potential bias in a sample that had been drawn. (2018)

»  *Rothal, Setmor, Swanberg, and Ham v. Arvida/JMB Partners, L.P., et al.*
   *Circuit Court of the Seventeenth Circuit In And For Broward County, Florida*
   *Case Number 03-10709 CACE 12*

   Testified on the quality of a survey instrument relied upon by a proposed class of home owners to collect data concerning alleged damages to individual roofs and roof tiles in a housing development. (2014)

## REPRESENTATIVE PRESENTATION AND PUBLICATION

"Comment Regarding CMS's Proposals Not to Implement a "Fee-for-Service Adjuster" For RADV Audits." Public Submission on Proposed Rule CMS-4185-P  (2019).

"Damages and Settlements" Presentation for the National Institute for Healthcare Fraud.  American Bar Association.  2017.

"Keeping The Sampling Gains Going" Catherine Sreckovich, Alan Peterson, and Bo Martin.  Book Chapter in Monitoring and Auditing Practices for Effective Compliance. 2007.



**Exhibit 2: Documents and Data Relied Upon**

Complaint for Class Certification

Motion for Class Certification

Defendant Answer and Affirmative Defenses

Deposition Excerpts of

    Derek Berndt- May 10, 2022
    Chris Herbig- May 20, 2022
    Peter Hesketh – May 11, 2022
    Christi Kang- May 18, 2022
    Robert Moyer- May 27, 2022

Declarations of
    Timothy C. Saurwein – October 14, 2022
    Robert Moyer – August 29, 2022

Factual Stipulation
    Regarding Defendant Costco Wholesale Corporation's November 9, 2002 Supplemental Data
    Production

Email dated January 27, 2023
Email dated February 7, 2023

Fitment Guides
    Costco_001456-Costco_001548
    Costco_001549-Costco_001641
    Costco_001642-Costco_001798
    Costco_001799-Costco_001963
    Costco_001964-Costco_002128
    MOYER_DEPO 000137 - MOYER_DEPO 000169
    MOYER_DEPO 000308 - MOYER_DEPO 000391

Transaction Data (grouped by productions received on separate days)
    Range  from    CONFIDENTIAL_AEO_Costco_000181.xlsx
           to      CONFIDENTIAL_AEO_Costco_000283.xlsx

    Range  from    Costco_001358_CONFIDENTIAL – ATTORNEYS' EYES ONLY.xlsx
           to      Costco_001392_CONFIDENTIAL – ATTORNEYS' EYES ONLY.xlsx

    Range  from    CONFIDENTIAL_AEO_Costco_001438.xlsx
           to      CONFIDENTIAL_AEO_Costco_001443.xlsx

    Range  from    CONFIDENTIAL_AEO_Costco_001444.xlsx
           to      CONFIDENTIAL_AEO_Costco_001455.xlsx

Exhibit 3

**Listing of Batteries by Item Number with Warranty Period and Group Number**

| Item Number | Group Size | Subsequent Item Number | Warranty (Months) |
|---|---|---|---|
| 245725 | GC2 | | 12 |
| 256726 | GC2 | | 12 |
| 517958 | 35 | | 36 |
| 517959 | 65 | | 36 |
| 517962 | 75 | | 36 |
| 517963 | 25 | | 30 |
| 517965 | 78 | | 36 |
| 517968 | 58 | | 30 |
| 517970 | 34 | | 30 |
| 517971 | 51R | | 36 |
| 517973 | 27DC | | 12 |
| 517974 | 35 | | 36 |
| 517976 | 47 | | 36 |
| 517979 | 36R | | 36 |
| 517980 | 24DC | | 12 |
| 517987 | 40R | | 36 |
| 517988 | 51 | | 36 |
| 517990 | GC2 | | 12 |
| 517999 | 91 | | 36 |
| 537595 | 78 | | 36 |
| 537610 | 65 | | 30 |
| 537613 | 24 | | 36 |
| 537617 | 24F | | 30 |
| 537618 | 24 | | 30 |
| 561602 | | | 36 |
| 580231 | 95R | | 36 |
| 647309 | 29 | | 12 |
| 656851 | 27F | | 36 |
| 656860 | H8 (49) | | 36 |
| 745132 | IB30CL-B | | 6 |
| 850231 | 24 | | 42 |
| 850232 | 24F | | 42 |
| 850240 | 25 | | 42 |
| 850241 | 34 | | 42 |
| 850242 | 35 | 8850242 | 42 |
| 850243 | 36R | | 42 |
| 850244 | 40R | | 42 |
| 850248 | 51 | | 42 |
| 850251 | 51R | | 42 |
| 850252 | 58 | | 42 |
| 850259 | 65 | | 42 |
| 850261 | 75 | 8850261 | 42 |
| 850263 | 78 | | 42 |
| 850265 | 86 | | 42 |
| 850269 | 96R | | 42 |
| 850272 | 124R | | 42 |
| 850275 | H5 (47) | | 42 |
| 850276 | H6 (48) | 8850276 | 42 |
| 850280 | H8 (49) | | 42 |
| 850281 | 24DC | | 12 |

Exhibit 3

**Listing of Batteries by Item Number with Warranty Period and Group Number**

| Item Number | Group Size | Subsequent Item Number | Warranty (Months) |
|---|---|---|---|
| 850283 | U1 | | 6 |
| 850284 | GC2 | | 12 |
| 850982 | 27DC | | 12 |
| 850984 | GC8 | | 12 |
| 851560 | GC12 | | 12 |
| 852154 | 24F | | 36 |
| 852163 | 24 | | 36 |
| 852169 | 35 | | 36 |
| 852173 | 34 | | 36 |
| 852174 | 40R | | 36 |
| 852180 | 51 | | 36 |
| 852185 | 36R | | 36 |
| 852186 | 65 | | 36 |
| 852191 | 75 | | 36 |
| 852195 | 86 | | 36 |
| 852197 | 96R | | 36 |
| 852203 | 58 | | 36 |
| 852210 | 51R | | 36 |
| 852231 | 25 | | 36 |
| 852235 | 124R | | 36 |
| 852240 | H8 (49) | | 36 |
| 852241 | H7 (94R) | 8850241 | 36 |
| 852242 | H6 (48) | 8852242 | 36 |
| 852243 | H5 (47) | | 36 |
| 879463 | 78 | | 36 |
| 883482 | H7 | | 42 |
| 989782 | 8D | | 12 |
| 1130566 | 79 | | 36 |
| 1130672 | 79 | | 42 |
| 1130685 | 90 | | 36 |
| 1130736 | 90(T5) | | 42 |
| 1130744 | 121R | | 36 |
| 1130801 | 121R | | 42 |
| 1130806 | 27 | | 36 |
| 1130807 | 27 | | 42 |
| 1131494 | 59 | | 36 |
| 1131778 | 59 | | 36 |
| 1131795 | 100 | | 36 |
| 1131800 | 100 | | 42 |
| 1131856 | 26R | | 36 |
| 1131862 | 26R | | 42 |
| 1131901 | 27F | | 36 |
| 1131909 | 27F | | 36 |
| 1255390 | 25 | | 42 |
| 1255411 | 58 | | 42 |
| 1333040 | 31A | | 18 |
| 1333133 | 31T | | 18 |
| 1355768 | H5 AGM | | 36 |
| 1355770 | H6 AGM | | 36 |
| 1355852 | H7 AGM | | 36 |

**Exhibit 3**

**Listing of Batteries by Item Number with Warranty Period and Group Number**

| Item Number | Group Size | Subsequent Item Number | Warranty (Months) |
|---|---|---|---|
| 1355853 | H8 AGM | | 36 |
| 1355854 | H9 AGM | | 36 |
| 1421400 | 24F AGM | | 36 |
| 1421402 | 35 AGM | | 36 |
| 1421403 | 65 AGM | | 36 |
| 1444326 | 24M AGM | | 12 |
| 4678900 | FAYTX14 | | 6 |
| 4678901 | FAYIX30L | | 6 |
| 4678902 | FAGYZ16 | | 6 |
| 4678905 | FAYTX14 AGM | | 6 |
| 4678906 | FAYTX20 | | 6 |
| 4678907 | FAYTX5L | | 6 |
| 8850241 | 34 | | 36 |
| 8850242 | 35 | | 36 |
| 8850261 | 75 | | 36 |
| 8850276 | H6 (48) | | 42 |
| 8852242 | H6 (48) | | 36 |