# EXHIBIT D

CONFIDENTIAL ATTORNEYS EYES ONLY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-CV-80826-RKA

JOHN SKRANDEL, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION,

Defendant.

_____________________________________/

DEPOSITION OF PETER C. HESKETH
(Conducted Via Videoconference)

DATE: May 11, 2022

TIME: 12:00 p.m. to 2:23 p.m.

PURSUANT TO: Notice by counsel for Plaintiff for purposes of discovery, use at trial or such other purposes as are permitted under the Federal Rule of Civil Procedure 30(B)(6)

BEFORE: Valerie A. Hance, RPR Notary Public, State of Florida at Large

Pages 1 to 83

considered a department, the refund desk or the refund register?

A. That would be considered a payroll department, and, yeah, there is a number for it. I don't know what it is. The departments that I'm referring to, 22 and 25, are the buying departments that item numbers are set up in.

Q. Okay. So this -- this aspect of the tasks that you were carrying out with regard to the ultimate spreadsheet that was produced in discovery of this case, why -- why were you looking at just Department 22 and 25 from this, I think you said, buying perspective, as opposed to where returns and/or refunds may have come in also? Do you understand?

A. I believe so. Every item sold or returned to Costco has a Costco item number. We set up that item number with that vendor. In this case, Interstate. And we had purchase orders using that item number. We receive using that item number. We sell the product using that item number.

So, essentially, to determine what were all the items that we sold or had refunds on for Interstate, we needed the item numbers.

Q. Okay.

A. Those item numbers were all set up in,