**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 9:21-CV-80826-AMC Cannon/Reinhart

JOHN SKRANDEL, individually              )
and on behalf of all others similarly    )
situated,                                )
                                         )
                         Plaintiff,      )
                                         )
         vs.                             )
                                         )
COSTCO WHOLESALE                         )
CORPORATION,                             )
                                         )
                         Defendant.      )
                                         )

**JOINT NOTICE OF SETTLEMENT**

Plaintiff John Skrandel and Defendant Costco Wholesale Corporation hereby jointly provide notice to the Court that the parties have reached an agreement, in principle, on the material terms of a classwide settlement. The parties continue to negotiate matters relating to the manner of settlement administration, including distribution of the class benefit, as well as an amount for attorneys' fees and costs and a service award for Plaintiff.

In light of the above, the parties accordingly request that the Court either continue or remove from the calendar the hearing on Plaintiff's Motion for Class Certification (ECF No. 117), currently scheduled for May 16, 2023.  The parties respectfully request the Court schedule a status conference on settlement for approximately 30 days from the date of this notice, June 12, 2023, or the next later date convenient for the Court.  The parties submit that this additional time will allow the parties to continue to negotiate a resolution in good faith.

///
///
///

**DATED** May 12, 2023.

*/s/ Geoffrey Stahl*
Geoffrey Stahl
Steven G. Calamusa
Robert E. Gordon
Daniel G. Williams
**GORDON & PARTNERS, P.A.**
4114 Northlake Boulevard
Palm Beach Gardens, FL 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050
Email: gstahl@fortheinjured.com
        scalamusa@fortheinjured.com
        rgordon@fortheinjured.com
        dwilliams@fortheinjured.com

Jeff Ostrow
Kristen Lake Cardoso
**KOPELOWITZ OSTROW
FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
Email: ostrow@kolawyers.com
        cardoso@kolawyers.com

***Counsel for Plaintiff and the Proposed Class***

*/s/ Johanna E. Sheehe*
Phillip J. Sheehe (Fla. Bar. No. 259128)
Johanna E. Sheehe (Fla. Bar. No. 0119383)
**SHEEHE & ASSOCIATES, P.A.**
9830 Southwest 77th Avenue, Suite 215
Miami, Florida 33156
Telephone: (305) 379-3515
Email: psheehe@sheeheandassociates.com
jsheehe@sheeheandassociates.com

Purvi G. Patel (pro hac vice)
Zachary Maldonado (pro hac vice)
**MORRISON & FOERSTER LLP**
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892.5383
Email: ppatel@mofo.com
        zmaldonado@mofo.com

Wendy J. Ray (pro hac vice)
**THE NORTON LAW FIRM**
299 Third Street Suite 200
Oakland, CA 94607
Telephone: (510) 906-1990
Email: wray@nortonlaw.com

***Attorneys for Defendant Costco Wholesale
Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document was served upon the following, either via transmission of Notices of Electronic Filing generated by CM/ECF or by E-mail and U.S. Mail for those counsel or parties who are not authorized to receive electronic notice on this 12th day of May 2023:

Jeff Ostrow
Kristen Lake Cardoso
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
1 W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
Email:  ostrow@kolawyers.com
          cardoso@kolawyers.com

Geoffrey Stahl
Steven G. Calamusa
Rachel A. Bentley
Daniel G. Williams
Robert E. Gordon
GORDON & PARTNERS, P.A.
4114 Northlake Boulevard
Palm Beach Gardens, Florida 33410
Telephone: (561) 799-5070
Facsimile: (561) 799-4050
E-mail:  gstahl@fortheinjured.com
             scalamusa@fortheinjured.com
             rbentley@fortheinjured.com
             dwilliams@fortheinjured.com
             rgordon@fortheinjured.com

*Counsel for Plaintiffs and the Proposed Classes*

*/s/ Geoffrey Stahl*
***Attorney for Plaintiff and the Proposed Classes***

3