UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80826-CIV-CANNON/Reinhart

**JOHN SKRANDEL**
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**COSTCO WHOLESALE CORPORATION**,

    Defendant.
_____/

**ORDER REFERRING CASE TO MAGISTRATE JUDGE**

**THIS CAUSE** is before the Court upon the parties' Notice, Consent, and Reference of a Civil Action to a Magistrate Judge for all further proceedings [ECF No. 147], filed on July 14, 2023. The Court has carefully reviewed the Notice of Consent and the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Pursuant to 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure, all further proceedings, including trial, shall be presided over by **United States Magistrate Judge Bruce E. Reinhart**.

2. The Clerk of Court shall **MODIFY** the case number, style, and docket to reflect this consent and referral.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of July 2023.

_[signature]_
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record